**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-27 (Rev. 10-2014)

**WISCONSIN**
Administrative Code
Chapter DOC 311

# PLACEMENT / REVIEW OF OFFENDER
# MENTAL HEALTH OBSERVATION

Instructions: PSU staff complete this form for initial mental health placements and for reviews.

| OFFENDER NAME Conner, Eric | | DOC NUMBER 420475 | FACILITY WSPF |
|---|---|---|---|
| SECURITY STAFF SUPERVISING PLACEMENT Lt. Scullion | PSU STAFF APPROVING PLACEMENT Ms. Lemieux | DATE OF PLACEMENT 2/13/17 | TIME OF PLACEMENT 5:50 pm |

| TYPE OF REVIEW | REASON FOR PLACEMENT |
|---|---|
| ☒ Initial Placement ☐ Follow-up Review | ☒ Dangerous to Self ☐ Mentally Ill and Dangerous to Self or Others |

**DESCRIPTION OF OFFENDER BEHAVIOR THAT RESULTED IN INITIAL PLACEMENT**

According to security staff Mr. Conner placed a noose around his neck and was attempting to hang himself.

**CURRENT MENTAL STATUS EVALUATION**   DATE N/A   TIME N/A

Mr. Conner was placed in observation status during non-PSU working hours. Per security staff Mr. Conner appeared highly agitated and was not complying with staff. Mr. Conner was initially authorized a security mat, toilet paper and obs. styro meals. No other property was initially authorized due to his attempt to harm himself by making a noose.

**DECISION**

☒ Place in Observation   ☐ Continue in Observation

☒ Close (15 Minute Checks)   ☐ Constant (1:1 Observation)
☒ Document allowed property on DOC-112

☐ Release from Observation

☐ Document release on DOC-112   Date / Time of Release

**REASON FOR DECISION / TREATMENT PLAN**

Mr. Conner made a noose and attempted to hang himself. He was placed in observation status to help reduce his risk of self-harm and so staff could closely monitor his behavior. He was initially authorized minimal property due to his attempt to harm himself by making a noose. At approximately 9:30pm Mr. Conner was given a security smock as it was reported he appeared calmer than earlier in the evening. At approximately 11:20pm he was given a blanket.

| SIGNATURE OF PSU STAFF MEMBER *Maria Lemieux* | PRINT NAME AND TITLE Maria Lemieux, MS, LPC Psychological Associate | DATE SIGNED 2/20/17 |
|---|---|---|
| SUPERVISOR SIGNATURE (IF NEEDED) *S Hoem, Ph.D.* | PRINT NAME AND TITLE Dr. S. Hoem Licensed Psychologist | DATE SIGNED 3.15.17 |

**NOTICE TO OFFENDER:**   You have the right to appeal your placement or continuation in observation to the Administrator of the Division of Adult Institutions when:

You are in observation status and have not been evaluated by a member of the psychological services staff or a physician within 2 working days, or you have been in observation for dangerousness to self for at least 30 days and wish to challenge the psychologist's written "Review of Dangerousness to Self" decision.





**DISTRIBUTION:** Original – PSU Record, Observation/Restraint/Segregation Review Section; Copy – Security; Copy – (for initial placements) Medical Chart, Psychological Records (Copies) Envelope; Copy – (for initial placements) - Offender

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-27 (Rev. 10-2014)

WISCONSIN
Administrative Code
Chapter DOC 311

# PLACEMENT / REVIEW OF OFFENDER
## MENTAL HEALTH OBSERVATION

Instructions: PSU staff complete this form for initial mental health placements and for reviews.

| OFFENDER NAME<br>CONNER, Eric | | DOC NUMBER<br>420475 | FACILITY<br>WSPF |
|---|---|---|---|
| SECURITY STAFF SUPERVISING PLACEMENT<br>Lt. Scullion | PSU STAFF APPROVING PLACEMENT<br>Dr. Hoem | DATE OF PLACEMENT<br>3/03/17 | TIME OF PLACEMENT<br>9:00 AM |

| TYPE OF REVIEW | REASON FOR PLACEMENT |
|---|---|
| ☒ Initial Placement  ☐ Follow-up Review | ☒ Dangerous to Self   ☐ Mentally Ill and Dangerous to Self or Others |

**DESCRIPTION OF OFFENDER BEHAVIOR THAT RESULTED IN INITIAL PLACEMENT**

While at outside recreation, Mr. Conner attempted to hang himself with a towel that he had hid on himself.

**CURRENT MENTAL STATUS EVALUATION**      DATE 3/03/17   TIME 9:25am

Mr. Conner was seen at cell front on Alpha unit. He would not really speak with this staff member about his behavior or if he had been planning this behavior. Mr. Conner only stated that he was having thoughts of self-harm and "can't be in prison." This clinician attempted to get Mr. Conner to engage in further discussion, but he was not willing to talk with PSU. He did interact and talk with security staff and unit staff. Mr. Conner was alert and oriented to time, person, place and situation. His affect was calm. No signs or complaints of sensory disturbance. Mr. Conner was initially only authorized to have a segregation mattress, toilet paper, and stryomeals based on the nature of his self-harm and concerns for continued self-harm attempts in this status, as he has done in the past.

**DECISION**

| ☒ Place in Observation   ☐ Continue in Observation | ☒ Close (15 Minute Checks)   ☐ Constant (1:1 Observation) |
|---|---|
| | ☒ Document allowed property on DOC-112 |
| ☐ Release from Observation | ☐ Document release on DOC-112   Date / Time of Release |

**REASON FOR DECISION / TREATMENT PLAN**

Mr. Conner was just released from clinical observation status yesterday. This morning he attempted to harm himself and made a comment to an officer that he would keep trying if PSU released him. As such, Mr. Conner was placed in clinical observation status so that unit staff can more closely monitor his behavior and reduce the risk of self-harm.

| SIGNATURE OF PSU STAFF MEMBER<br>S. Hoem Ph.D. | PRINT NAME AND TITLE<br>S. Hoem, Ph.D., Licensed Psychologist | DATE SIGNED<br>3/22/17 |
|---|---|---|
| SUPERVISOR SIGNATURE (IF NEEDED) | PRINT NAME AND TITLE<br>Exhibit 2 | DATE SIGNED |

**NOTICE TO OFFENDER:** You have the right to appeal your placement or continuation in observation to the Administrator of the Division of Adult Institutions when:

You are in observation status and have not been evaluated by a member of the psychological services staff or a physician within 2 working days, or you have been in observation for dangerousness to self for at least 30 days and wish to challenge the psychologist's written "Review of Dangerousness to Self" decision.

DISTRIBUTION: Original – PSU Record, Observation/Restraint/Segregation Review Section; Copy – Security; Copy -- (for initial placements) Medical Chart, Psychological Records (Copies) Envelope; Copy -- (for initial placements) - Offender

3-2-17

From: Eric Conner #420475
TO: HSU Manager.

Dear HSU Manager:

I was told by nurse Woods on 2-1-17, Per You, that I could not receive my foot cream or skin lotion while I was on observation Status. My feet gets really dry skin cracks and hurts. If I'm not given these Creams. Regardless of my Status, to not given me these medical creams for a medical problem is deliberate Indifference; a violation of my prisoner rights.

I Just Came out of observation after being on it Since 2-13-17. I will be going back on on 3-3-17. I would like for you to give the OK to all nurses Just like Capt. Eser has, to allow me to receive these Creams

"Exhibit 3"



O.C.

DEPARTMENT
Division of Adult Inst...
Division of Juvenile Cori...
DOC-3026 (Rev. 7/20...)
MEDICATION / TREATMENT RECORD
WISCONSIN

| DESCRIPTION OF MEDICATION AND/OR TREATMENT | HRS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Derma Daily Lotion Apply Affected Areas (PRN) 11.30.17 | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Minoxin Cream Daily As Needed 7-11-17 | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mouth-Kote 2 spray (PRN) 8-10-17 | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lactaid 1 tab TID AC (PRN) | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Triamcinalone 0.1% BID (PRN) | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Moi-Stir 2 spray PRN As needed 3-25-17 | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| PATIENT NAME (Last, First) | DOC NUMBER | DOB | ALLERGIES | LOCATION | MONTH/YEAR |
|---|---|---|---|---|---|
| Connor, ERIC | 420475 | | | WSPF | 2/17.18 |

CODE: A = ABSENT (out of facility)
R = REFUSED  W = WITHHELD
S = SENT with patient
U = MED NOT AVAILABLE; NOTIFY HSU
® = HSU NOTIFIED OF REFUSALS
Scheduled PRNs: Include TIME of Delivery.
Include number of pills if order allows for multiple pills.

| INITIALS | FULL NAME OF STAFF | INITIALS | FULL NAME OF STAFF | INITIALS | FULL NAME OF STAFF |
|---|---|---|---|---|---|
| NB | N. Bethel RN | CW | Schelesa Challerser | LW | LaWorden |
| MC | M. Kenerling RN | | | | |

"Exhibit "4"

Case 2:17-cv-00948-DEJ   Filed 01/26/18   Page 4 of 54   Document 33-1

DISTRIBUTION: Original –Medications Record (blue envelope)

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-112 (Rev. 8-14)

WISCONSIN
Administrative Codes
Chapters DOC 303, 306, 311

# OBSERVATION OF OFFENDER

| OFFENDER NAME | | DOC NUMBER | FACILITY | TIME OF PLACEMENT | DATE OF PLACEMENT |
|---|---|---|---|---|---|
| Conner, Eric | | 420475 | WSPF | 5:50 pm | 2/13/17 |

### RECORD OF STAFF VISITORS

| DATE | TIME IN | PRINT STAFF NAME | INITIAL | COMMENTS / ACTIVITIES | TIME OUT |
|---|---|---|---|---|---|
| 2/7/17 | 21⁰⁰ PM | Scullion | SH | Complaining about access to his Legal Material in his cell | 21⁰⁸ PM |
| 2-17-17 | 11¹⁰ PM | Hasfeld | MH | At cell front wanting to mail out legal material | 11¹³ PM |
| 2-18-17 | 2¹² AM | Hasfeld | MH | Laying on his matt under window mvmnt noted | 2¹⁷ AM |
| 2-18-17 | 0515 AM | B. E. Jin | BE | Sitting on floor, movement noted- | 0515 AM |
| 2/18/17 | 0635 AM | Lt Jan | Co- | Laying on floor BOC / Movement Noted | 0635 AM |
| 2/18/17 | 11:50 PM | Lt. Dixon | D | Laying on floor by cell front - Movement Noted | 11:50 AM |
| 2-18-17 | 1658 PM | Capt. Sharpe | JWB | pacing about cell | 1700 PM |
| 2/18/17 | 2070 PM | Gilbertson | GL | Talking at C.T. | 2032 PM |
| | 20⁵⁵ PM | Scullion | SH | Holding (Trazadone x 2) and refuses to take/handout meds. Did eventually hand out. Used cream + toilet paper to cover camera. | 2058 PM |
| 2-18-17 | 11⁵¹ PM | Hasfeld | MH | Laying under window on met movmt noted | 11⁵¹ PM |

"EXHIBIT 5"

Case 2:17-cv-00948-DEJ   Filed 01/26/18   Page 5 of 54   Document 33-1

DEPARTMENT CORRECTIONS
Division of Adult Institutions
DOC-112A (Rev. 10/2014)

WISCONSIN
Administrative Codes
Chapters DOC 303, 306, 311

# OBSERVATION OF OFFENDER - CONTINUED

**OFFENDER NAME (Last, First, M.I.)** Connor

**DOC NUMBER** 402420478  
**FACILITY** WSPF  
**TIME OF PLACEMENT** 1750 M  
**DATE OF PLACEMENT** 2-13-17

| DATE CHECKED | TIME CHECKED | PRINT STAFF NAME | INITIAL | ACCEPTED MEDS | DECLINED MEDS | ACCEPTED MEAL | DECLINED MEAL | SHOWER OFFERED | RELIEVED SELF | ACCEPTED WATER | DECLINED WATER | COMMENTS, PLEASE INCLUDE: • Observations of behavior • Property offered, given, removed or declined • Activities such as showers given or range of motion exercises • Change in monitoring level (i.e. close or constant) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-25 | 325 M | Gilman | G | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Talking to Staff |
| | 335 M | Schneider | SS | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | assessed by HSU staff in HSU Room (sore feet) |
| | 3:50 M | Jorgenson | KJ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | back escorted to cell 401 |
| | 4:06 M | Jorgenson | KJ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | I/M given TP |
| | 415 M | Schneider | SS | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Standing at cell front |
| | 428 M | Schneider | SS | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Standing at cell front |
| | 430 M | Schneider | SS | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | accepted meal |
| | 4:55P M | Jorgenson | KJ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Sitting on floor eye contact made |
| | 1713 M | Jorgenson | KJ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Laying on bed acknowledged staff |
| | 1726 M | Schneider | SS | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | laying on bed - leg/feet moving |
| | 1736 M | Funk | S | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Laying on bed - feet moving |
| | 1751 M | Jorgenson | KJ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | TP given talking to staff I/M stated he would harm self w/ spoon |
| | 1800 M | Gilman | G | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Standing at cell front |
| | 1810 M | Gilman | G | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Talking to staff |
| | 1823 M | Schneider | SS | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | talking to capt Essen |

"Exhibit 6"

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-112A (Rev. 10/2014)

WISCONSIN
Administrative Codes
Chapters DOC 303, 306, 311

# OBSERVATION OF OFFENDER - CONTINUED

| OFFENDER NAME (Last, First, M.I.) | DOC NUMBER | FACILITY | TIME OF PLACEMENT | DATE OF PLACEMENT |
|---|---|---|---|---|
| Comar, eric | 480 475 | NSPF | 1750  M | 2-13-17 |

**COMMENTS, PLEASE INCLUDE:**
- Observations of behavior
- Property offered, given, removed or declined
- Activities such as showers given or range of motion exercises
- Change in monitoring level (i.e. close or constant)

| DATE CHECKED | TIME CHECKED | PRINT STAFF NAME | INITIAL | ACCEPTED MEDS | DECLINED MEDS | ACCEPTED MEAL | DECLINED MEAL | SHOWER OFFERED | RELIEVED SELF | ACCEPTED WATER | DECLINED WATER | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-20 1750 | 1900 M | Fen | JF | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | talking to staff |
| | 1914 M | Schneider | SS | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | talking into vent |
| | 1928 M | Schneider | SS | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Standing at cell front |
| | 1943 M | Fen | JF | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Standing at cell front |
| → | 2058 M | Schneider | SS | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Per capt Bisor - restraint for meds / cream allowed while removed → |
| | 2005 M | Gilman | C | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Talked to staff |
| | 2019 M | schneider | SS | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | talked to staff |
| | 2033 M | schneider | SS | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | talked to staff |
| | 2046 M | Schneider | SS | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | talked to staff |
| | 2058 M | Schneider | SS | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | walking around cell |
| | 2114 M | Schneider | SS | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | talking at cell front |
| | 2129 M | Greene | MC | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Talking into vent |
| | 2140 M | Schneider | SS | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | talking / standing at cell front |
| | 2150 M | Schneider | SS | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | talking to inmates |
| | 16:10 P M | Korellka | K | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Standing at all front |

"Exhibit 7"

DISTRIBUTION: Original – Security Office

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-112 (Rev. 8-14)

**OBSERVATION OF OFFENDER**

WISCONSIN
Administrative Codes
Chapters DOC 303, 306, 311

| OFFENDER NAME | DOC NUMBER | FACILITY | TIME OF PLACEMENT | DATE OF PLACEMENT |
|---|---|---|---|---|
| Connor, Eric | 420475 | WSPF | 9:00 Am | 3-3-17 |

## OBSERVATION RECORD

| DATE CHECKED | TIME CHECKED | Print Staff Name | INITIAL | ACCEPTED MEDS | DECLINED MEDS | ACCEPTED MEAL | DECLINED MEAL | SHOWER OFFERED | RELIEVED SELF | ACCEPTED WATER | DECLINED WATER | Comments. Please include:<br>• Observations of behavior<br>• Property offered, given, removed or declined<br>• Activities such as showers given or range of motion exercises<br>• Change in monitoring level (i.e. close or constant) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-3-17 | 9:00 AM | Coallye | SG | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Placed in A401 Clinical Obs |
| | 9:10 AM | Coallye | SG | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Sitting on floor |
| | 9:25 AM | Coallye | SG | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Sitting on floor |
| | 9:400 AM | Pishimn | RP | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Standing at cell fronts |
| | 9:59 M | THODE | UN | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Pacing cell — Naked |
| | 10:17 M | THODE | UN | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Pacing cell — NAKED. |
| | 10:30 M | THODE | UN | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | PER Bu. I/m DOES NOT Get Creams or Lotions |
| | 10:42 M | THODE | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | @ cell front. |
| | 10:51 M | THODE | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | @ cell front. |
| | 11:00 M | O Wellgrkn | QU | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | @ cell front. |
| | 11:15 AM | Coallye | SG | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Sitting on floor |
| | 11:30 AM | Bru | M | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | In Back Corn cell |
| | 11:45 AM | Bru | M | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Wlkg in cell |
| | 12:00 M | THODE | UN | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | Accepted meal |
| | 12:15 M | THODE | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Facing cell fron |

Case 2:17-cv-00948-DEJ   Filed 01/26/18   Page 8 of 54   Document 33-1

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-112 (Rev. 8-14)

WISCONSIN
Administrative Codes
Chapters DOC 303, 306, 311

## OBSERVATION OF OFFENDER

| OFFENDER NAME | | DOC NUMBER | FACILITY | TIME OF PLACEMENT | DATE OF PLACEMENT |
|---|---|---|---|---|---|
| Connor Eric | | 420445 | WSPF | 9 am | 3/3/17 |

### RECORD OF STAFF VISITORS

| DATE | TIME IN | PRINT STAFF NAME | INITIAL | COMMENTS / ACTIVITIES | TIME OUT |
|---|---|---|---|---|---|
| 3/11/17 | 0715 AM | N. Bethel RN | NB | Sitting in cell talked to RN | 07:15 AM |
| 3/11/17 | 1155 AM | Lt. — | a | standing dry sink / Asking about smock informed Lt Wallace to have smock returned with new one | 1155 AM |
| 3/11/17 | 1253 PM | CSOT Primmer | ✓ | Sitting against toilet under Blanket — movement noted | 1253 PM |
| 3-11-17 | 1440 PM | Capt. Sharpe | JMB | request book, pacing about cell | 1448 PM |
| 3/11/17 | 20¹⁰ PM | LT. Scullion | # | Sitting on Bed / Awake | 20¹⁰ M |
| 3-11-17 | 10²⁵ PM | Cpt. Herfeld | MH | Sitting in his cell awake alert | 10²⁵ PM |
| 3-12-17 | 1⁵¹ AM | Cpt. Herfeld | MH | Laying on his rt side on mat movement noted | 1⁵¹ AM |
| 3/12/17 | 0656 AM | Lt. — | ar | sitting on bed | 0656 AM |
| 3/12/17 | 0715 AM | N. Bethel RN | NB | Talked @ CF | 0715A M |
| 3-12- | 1450 PM | Capt. Sharpe | JMB | sitting on toilet | 1452 M |

"Exhibit 9"

# OBSERVATION OF OFFENDER

| OFFENDER NAME | | DOC NUMBER | FACILITY | TIME OF PLACEMENT | DATE OF PLACEMENT |
|---|---|---|---|---|---|
| CONNER, ERIC | | 420475 | WSPF | 0115 | 3-8-17 |

RECORD OF STAFF VISITORS

| DATE | TIME IN | PRINT STAFF NAME | INITIAL | COMMENTS / ACTIVITIES | TIME OUT |
|---|---|---|---|---|---|
| 3-18-17 | 1830 PM | LT. CICHANOWICZ | JC | SITTING BY DOOR - AWAKE - DID NOT TALK TO STAFF | 1832 PM |
| 3-18-17 | 2255 PM | Capt. Sharpe | JWS | lying on floor, movement noted | 2300 PM |
| 3-19-17 | 0245 AM | Capt. Sharpe | JWS | lying on floor on mat, R side, movement noted | 0248 AM |
| 3-19-17 | 0525 AM | B. E Jr | BE | laying on floor, movement noted — | 0526 AM |
| 3/19/17 | 0637 AM | Lt T— | CT | laying on floor / Movement Noted | 0638 AM |
| 3.19.17 | 0800 AM | Dary Mauny | H | sitting in corner; awake | 0800 AM |
| 3.19.17 | 11:00 AM | N. Bethel RN | NB | Spoke @ CF | 11:02 AM |
| 3-19-17 | 11:30 AM | LT CICHANOWICZ | JC | SITTING ON BED - EATING MEAL | 1132 AM |
| 3-19-17 | 3:10 PM | Lt P Oster | JO | Talking to staff at cell front | 3:25 PM |
| 3-19-17 | 1700 | Jadden | JA | at CF @ 40's | 1705 PM |

"Exhibit 10"

**CONNER, Eric**
#420475        ███████1987

DOC NUMBER

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|------|------|--------------------------------------------------------|
| | | DATE 2-22-17 REFUSED scheduled lab draw today. DOC 3220 Refusal of Recommended treatment sent or presented to patient for signature. *E. M.* |
| | | |
| 2-25-17 | 1515 | RN to unit for Alpha med pass. RN asked per security, Lt. Chidanaut? to assess pt. and apply cream to feet if needed in Unit HSU Vitals taken. BP – 148/97, P-74, T-98. No c/o pain. Pt's feet were washed c̄ betasept, rinsed & dried. Minoseria cream applied to both feet. Pt. was then taken back to observation cell. ———— B. Kramer, RN |
| 2-25-17 | 1515 | Pt's feet were red, very dry, but skin was intact. ———— B. Kramer, RN |
| | | "Exhibit 11" |

| PATIENT NAME Last | First "Exhibit 12" | DOC NUMBER |
|---|---|---|
| Conner, Eric | | 420475 |

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|---|---|---|
| 3/15/17 | 08:00 | Spoke with Pt. in Alpha HSU for lab work. Pt. c/o feet being dried and cracked. Pt. states that PSU does not allow him to have his creams or lotions while in clinical observation. Pt. encouraged to get out of clinical obs, but replies that he is going to stay there "awhile". Unit staff informed this RN that Pt. is no longer allowed to have creams + lotions in clinical obs due to him covering his camera with them. Will notify HSM. — N. Bethel RN |
| 3/15/17 | 1305 | Pt. seen in Alpha HSU. Feet soaked in Epsom salt + warm water for 5 minutes. Feet dried + Minerin cream applied. Pt. is calm and cooperative — N. Bethel RN |
| 3-7-17 | 2108 | Late entry |
| 3-16-17 | 0430 | Called to unit for cell entry for placing patient in mechanical restraints. Patient was cooperative and did not verbalize any complaints during or after the process. Patient appeared calm and small area noted (approx. 3 cm x 3 cm) of reddened, swollen area to left forehead from patient banging his head purposely on his door. No other injuries noted. CMS + restraint checks completed. Pt. offered fluid + toileting — P. Earl RN |

DISTRIBUTION: Original – Medical Chart, Progress Notes Section

**CONNER, Eric**
#420475   O███1987

EXhibit

| DATE | TIME | PROGRESS NOTES - SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|------|------|------|
| 9/9/16 | 1:00p | Record Review Complete Ø copies LDyk NPRA |
| 9/16/16 | 1250 | Presents to DHH exam ⊆ ↑ escort, see |
| | | DOC 3239 |
| | | *(illegible signature)* |

Inmate and chart received at WSPF.  Intake screening done, see intake sheet.  Procedure to access HSU and co-pay policy explained and inmate verbalized understanding. See HSU as needed. 09-20-16   NK RN

| 10-25-16 | 1520 | File review completed. JK OJJA |
| 11-23-16 | 1519 | File review completed. JK CRA |
| 12/11/16 | 1600 | Pt seen for pt education and RN assessment of foot problems, as directed by HSM. Wt. 209#. Pt has orthotics and special black shoes he presents wearing. Pt reports hx of flat feet, and very dry skin. Viewed plantar areas of feet c̄ dry, peeling skin. Pt reports using Derma daily. Pt. asking for a pumice stone and a basin to soak his feet. Informed pt. HSU doesn't have/send out pumice stones and soaking his feet may ↑ dryness. Informed pt. will schedule ACP appt. and pt. verbalized appreciation as he hasn't seen a provider here since transfer. Pt reports calf muscle pain, ↑ recent workouts. Educated pt. on S/S of infection and S/S of deep vein thrombosis. Pt agreeable to Plan of Care. ─ SAnderson |

PATIENT NAME Last

**CONNER, Eric**
#420475 ⬛ 987

"Exhibit"

NUMBER

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|------|------|---------------------------------------------------|
| 12.15.16 | 1000 | Pt. seen for HSR asking to bee seen for restriction renewal. Pt. would like his extra washcloth and extra pillow renewed. Wt. 208#. Pt. would like these for his acne keloids he experiences on the back of his neck. Will place pt. on Special Needs Committee for review and scheduled an appt. ℅ ACP.            S Anderson |
| | | Chart reviewed by Special Needs Committee 12.15.16         S Anderson |
| ~~RConner~~ 12-23-16 | | File review completed JKcert |
| 01/04/17 | 0915 | Provider wants to RTV block A, but pt. is currently on an attorney call. Will return to address concern later today. |
| 01/04/17 | 1330 | 29 y.o. A-A male enters clinic c/o dry crusty skin on back. S: As above. Pt. states that he had a similar dry/allergy skin problem in the past ② Also c/o keloids on occiput which ceased to pain when shaved. ③ Also c/o dry eyes. Denies any recent injury. O: VS: No acute distress, pleas. Crepitus c movement ① knee. Anterior/posterior (cont) |

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|------|------|--------------------------------------------------------|



**01/04/17 0730** (cont) drawer negative. No pain c rotation of Ⓛ knee. S/Cn: Two raised 1 cm erythematous bumps on occiput of head which are not warm to touch. Pt generally has dry cracked skin on the plantar surface of Ⓛ foot. Pt also has a marked callus on the ball of his Ⓛ foot underneath the great toe.

A: ① Dry skin
   ② Callus Ⓛ foot
   ③ Beard folliculitis probable
   ④ Ⓛ knee pain

P: ① Minerin cream daily PRN. Recommend to try soap sparingly c Ⓛ lumis store if allowed by security. Otherwise Pt to consult SL for treatment ② facial skin ointment BID PRN. Discussed possible injection of excision Pt is undecided. ④ X-ray Ⓛ knee. Refer to PT for evaluation of treatment. [illegible signature]

**1-23-17** File review completed. JK CWA

**02/14/17 0400** 31 y.o. AA male enters c c/o probable lactose intolerance.

S: As above. States he is having stomach issues c diarrhea which he attributes to lactose.

O: 206 #, Abd: Rotund. 98.5%

A: ① Diarrhea

P: Cusotil 1 po ac TID, Lab: [illegible] blood x 3, AFHA. [illegible signature]

# PRESCRIBER'S ORDERS

PATIENT NAME (Last, First)

**Conner, Eric**

| DOC NUMBER | DATE OF BIRTH |
|---|---|
| 420475 | -87 |

DRUG ALLERGIES  **Nickel**

## DO NOT USE ABBREVIATIONS LISTED BELOW

| qd | qod | ug | MS | MSO4 | A.S. | A.D. | A.U. | O.S. | O.D. | O.U. | IU | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Never write a zero by itself after a decimal point. (X.0 mg)          Always use a zero before a decimal point. ( 0.X mg)

| DATE/TIME | | *CODE | CHECKED BY/DATE |
|---|---|---|---|
| 01/04/17 | *Miconazcin* to affected area daily for 6 months | | DWellers |
| | Bacitracin ont. apply small amount | | |
| | to affected area BID Max 6 months | | DWellers |
| | X-ray. ® Knee | | |
| | referral to P.T. for evaluation | | |
| | & treatment ® Knee pain. *illeg* | | |
| | Pumice stone to address callus ® foot | | |
| | if allowed by security if not, make appt. | | |
| | = ASU for *Pumice treatment* of callus | | |
| | on feet. *Sandra Tholech APA* | | |
| | Noted OWeller RN  1-11-17 | | |
| 1/30/17 | Pt. may have Cotton sleeves | ✓ | 2-1-17 |
| | due to nickel allergy while @ | | PE |
| | WSPF.  *Tanya Bowman APNP* | | |
| | Noted 2-1-17 *P.Edl* RN  0835 | | |
| 02/02/17 | Cal.: F.C.P. — *Sandra Tholech APA* | | |
| | Noted *Warden* 2.2.17  1620 | | |

"Exhibit **I** "16"

| * SEE REVERSE SIDE FOR ORDERING CODE | CHECK TO BE SURE COPY IS BEING MADE |
|---|---|

| PATIENT NAME (Last, First) | DOC NUMBER | DATE OF BIRTH |
|---|---|---|
| Conner, Eric | 420475 | /87 |

**DRUG ALLERGIES** Nickel

**DO NOT USE ABBREVIATIONS LISTED BELOW**

qd    qod    ug    MS    MSO4    A.S.    A.D.    A.U.    O.S.    O.D.    O.U.    IU    U

Never write a zero by itself after a decimal point. (X.0 mg)     Always use a zero before a decimal point. ( 0.X mg)

| DATE/TIME | | *CODE | CHECKED BY/DATE |
|---|---|---|---|
| 9/6/16 1415 | ① DC baterual ② Please tell patient Batevan is DC'D, Doing very well _Robert Shirk APNP_ | | cdph 9.6.16 |
| 9/27/16 1080 | D/C Dermacerin ✓ x 9/27/16 Minerin creme apply to affected areas PRN x 6 months. _Tanya Bonson_ | | ✓ cal 9.27.16 |
| 10/31/16 1300 | D/C Minerin cream. Derma Daily lotion apply to affected areas PRN x 1 year _Tanya Bonson APNP_ NOTED/ EXPOERN ___ RN 10.31.16 @ 1913 | | ✓ cal 10.31.16 ✓ cal 10.31.16 |
| 12/1/16 | Triamcinolone 0.1% cream apply to affected areas BID PRN x 1 year May have 1 extra wash cloth and 1 extra pillow x one year d/t keloids. _Tanya Bonson APNP_ Noted 12.1 Ro 2035 SAnderson | | ✓ 12.1.16 SA 2035 ✓ 12.1.16 SA 2035 |

"Exhibit 17"

* SEE REVERSE SIDE FOR ORDERING CODE          CHECK TO BE SURE COPY IS BEING MADE

| PATIENT NAME Last | First | MI | DOC NUMBER |
|---|---|---|---|

Conner  Eric

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|---|---|---|
| 3/31/17 | 1530 | Foot care completed noted during foot care patient to sit in wide stance while nurse was drying feet off note patient has only smell on patient exposing himself patient instructed at this time to keep with his foot care patient argumentative but did comply ———— RN |
| 4-3-17 | 1738 | Pt refused to come to HSU for foot care. DOC 3220 obtained. ——— P. Edl RN |
| 4/5/17 | 0800 | Pt. refused lab work, rescheduled for next week ———————— N. Bethel RN |
| 04/07/17 | 1400 | 30 y.o. A-A male enters Alpha HSU c̄ c/o generalized body aches c̄. S. As above Pt. is concerned that the trays he receiving in observation are not the same in volume than regular trays. O. 123/87 - 59-18 Wt: 195# BMI: 30. A: ① Myalgia ② Nutritional concerns P: ① Recommended use of ibuprofen or lido caine cream prn. ② will check c̄ dietary re: # calories in observation trays vs. regular trays. Current weight is about 11# less than in January. ——— Sandra Phillips |

"Exhibit ▮ "18"

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 9/2016)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

WISCONSIN
Adm. Code
Ch. DOC 316

**☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜**

| PRINT LAST NAME | PRINT FIRST NAME Eric | DOC NUMBER 420 475 |
|---|---|---|
| FACILITY NAME WSTF | HOUSING UNIT Alpha 402 | TODAY'S DATE 03/30/2017 |

## COPAYMENT DISBURSEMENT REQUEST SECTION

**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE ▶ C/o Slaght

| TO BE COMPLETED BY HSU ONLY |
|---|
| ☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL |
| Charge Copayment: ☐ Yes ☐ No |
| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |

## TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☐ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☐ INFORMATION
☑ OTHER:   To Nurse Practioner

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

I would like to see the nurse practioner regarding weight loss since Obs placement and skin care lotion

| | DATE RECEIVED: TO BE STAMPED BY HSU |
|---|---|

## FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE   –   TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):
☑ Scheduled to be seen in HSU   ☑ ACP   ☐ RN/LPN   ☐ Special Needs Evaluation   ☐ Optical   ☐ Other:
☐ Refer HSR to: ☐ ACP ☐ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only:       ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):    ☑ Other:

COMMENT / INFORMATION   Next week appointment is.

| PRINT STAFF NAME   Anderson | DATE OF HSU RESPONSE 3.31.17 |
|---|---|

" Exhibit 19 "    COPY TO PATIENT AFTER RESPONSE BY HSU

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 9/2016)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

WISCONSIN
Adm. Code
Ch. DOC 316

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| | | |
| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
| | | |

### COPAYMENT DISBURSEMENT REQUEST SECTION
**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶

### TO BE COMPLETED BY HSU ONLY
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes   ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☑ OTHER:   To HSU Manager and Provider

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

I was denied medical treatment for my skin between 3-17 to
4-3-17. Between this time, I suffered dry and itchy skin and was
unable to shower because I was denied medical skin lotion. I
complain to you, the provider and various HSU nurses without remedy.

| | DATE RECEIVED:
TO BE STAMPED BY HSU |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today   ☐ Date (if not today):

☑ Scheduled to be seen in HSU   ☑ ACP   ☐ RN/LPN   ☐ Special Needs Evaluation   ☐ Optical   ☐ Other:

☐ Refer HSR to:   ☐ ACP   ☑ HSU Manager   ☐ Psychiatrist   ☐ MPAA   ☐ Optical   ☐ Other:

☐ Refer for copies only:   ☐ Refer for Health Care Record review appointment.

☐ Educational material attached (Specify):   ☐ Other:

### COMMENT / INFORMATION

You are scheduled to see the ACP for this issue.

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| N. Bethel RN   "Exhibit 20" | 4/7/17 |

# PSYCHOLOGICAL SERVICE REQUEST

- **USE THIS FORM TO COMMUNICATE WITH THE PSYCHOLOGICAL SERVICES UNIT (PSU).**
- **USE THE BLUE DOC-3035 HEALTH SERVICE REQUEST IF YOUR REQUEST IS RELATED TO PSYCHIATRIC MEDICATION OR PSYCHIATRIC SERVICES**
- **PLACE ALL PAGES OF COMPLETED FORM IN THE DESIGNATED COLLECTION LOCATION.**
- **PRINT CLEARLY**

| LAST NAME | | FIRST NAME | | DOC NUMBER |
|---|---|---|---|---|
| Conner | | Eric | | 420475 |
| **FACILITY** | **HOUSING UNIT** | | **CELL NUMBER** | **TODAY'S DATE** |
| WSPF | A | OBS | 402 | 4-1-17 |

**REQUEST FOR:**

☐ PSYCHOLOGICAL SERVICES        ☐ REQUEST FOR COPIES FROM PSU RECORD (List records below)

☐ REQUEST FOR PSU RECORD REVIEW     ☐ INFORMATION

☒ OTHER: _Physchologist Supervisor_

**FOLD THIS REQUEST OVER TO THE LINE BELOW SO THAT INFORMATION REMAINS CONFIDENTIAL**

**DO NOT USE THIS FORM IF YOUR MENTAL HEALTH NEED IS AN EMERGENCY, SPEAK TO STAFF DIRECTLY.
IN THE LINED AREA BELOW, WRITE DOWN WHAT YOUR REQUEST IS ABOUT. BE AS SPECIFIC AS YOU CAN.**

I have been complaining about my blanket and washcloth perinatly. As to well skin cream and lotion. My blanket and washcloth was taken on 3-20-17 because I tried to kill myself with a breakfast bag by suffication. I never abused my blanket or washcloth I was told the only way I will recieve these items back is if I converse with PSU staff which I have not been since my OBS placement. This is retaliation and I would like these items back and for the lot in to be removed from my door. / written by CO Engelke, M

☐ I WOULD LIKE TO SEE PSYCHOLOGY STAFF     ☒ I DO NOT NEED TO SEE PSYCHOLOGY STAFF

## DO NOT WRITE BELOW THIS LINE – TO BE FILLED IN BY STAFF ONLY

| TRIAGED BY | DATE RECEIVED | ACTION | | STAFF INITIALS |
|---|---|---|---|---|
| ☒ PSU | 4/3/17 | ☐ Direct Response   ☒ Delegate to _____ | | TG |
| ☐ HSU | | ☐ Refer to PSU (routine)   ☐ Other (specify in notes below) | | |

NOTES (IF NEEDED)

**RESPONSE**

☐ A psychology appointment is scheduled for the following time frame: _____

☐ Your request has been referred to the Psychiatrist within the Health Service Unit

☐ Your request has been referred to the Health Services Unit for medical issues

☐ Refer for a record review appointment or for copies only. (Must be processed within 30 days of request)

☒ Other: _Mr. Conner, items that have been removed from your possession have been removed as a result of your self-harmful behaviors that warrant the need for staff to take safety precautions. Placing a bag over your head to suffocate yourself obviously warrants concern. I have attempted to speak with you and have been ignored, but I will do so again hoping you will speak to me. Thank you._

| STAFF SIGNATURE | DATE SIGNED | PRINT STAFF NAME |
|---|---|---|
| Scott Rubin | 4/3/17 | Scott Rubin Sct |
| | | Supervisor |

**DEPARTMENT OF CORRECTION**
Division of Adult Institutions
DOC-3035B (Rev. 8/2014)

# PSYCHOLOGICAL SERVICE REQUEST

**WISCONSIN**

- USE THIS FORM TO COMMUNICATE WITH THE PSYCHOLOGICAL SERVICES UNIT (PSU).
- USE THE BLUE  DOC-3035 HEALTH SERVICE REQUEST IF YOUR REQUEST IS RELATED TO PSYCHIATRIC MEDICATION OR PSYCHIATRIC SERVICES
- PLACE ALL PAGES OF COMPLETED FORM IN THE DESIGNATED COLLECTION LOCATION.
- PRINT CLEARLY

| LAST NAME | FIRST NAME | | DOC NUMBER |
|---|---|---|---|
| Conner | Eric | | 420475 |
| **FACILITY** | **HOUSING UNIT** | **CELL NUMBER** | **TODAY'S DATE** |
| WSPF | Alpha | 402 | 4/4/17 |

**REQUEST FOR:**

☐ PSYCHOLOGICAL SERVICES

☐ REQUEST FOR  PSU RECORD REVIEW

☐ OTHER: _____

☐ REQUEST FOR COPIES FROM PSU RECORD (List records below)

☐ INFORMATION

**FOLD THIS REQUEST OVER TO THE LINE BELOW SO THAT INFORMATION REMAINS CONFIDENTIAL**

**DO NOT USE THIS FORM IF YOUR MENTAL HEALTH NEED IS AN EMERGENCY, SPEAK TO STAFF DIRECTLY.**

**IN THE LINED AREA BELOW, WRITE DOWN WHAT YOUR REQUEST IS ABOUT. BE AS SPECIFIC AS YOU CAN.**

I would like a copy of the no lotion and cream restriction that Dr. Hoern placed on me on 3-3-17, this restriction was taking off my cell door on 4/4/17 by PSU staff Ms. Mink. I would like a copy of Dr. Hoern restriction for my file, since my blanket and washcloth was taking on 3-20-17. I've been extremely cold and deprive of sleep because of this. I've been complaining to several wspf officials about the coldness of my cell and that my blanket was taking from me when I never abuse my blanket. I would like my washcloth and blanket back. I would also like to be authorize to have orange crucks in my cell because of the medication foot cream I have to apply to my feets 4 times a day. Without the cracks the cream on my feets comes off when I walk the floor. I was told by HSU manager I would have to have permission to have orange cracks in my cell by PSU. This is a medical issue that can be resolved by PSU by giving me the cracks. ___ washcloth and blanket ___ I have been suffering in this room. Please do not reuse any of my items that where taking from me. Please do not place a plastic leak-___ bag over my head my blanket and washcloth should not be took. I have received

☐ I WOULD LIKE TO SEE PSYCHOLOGY STAFF

☑ I DO NOT NEED TO SEE PSYCHOLOGY STAFF

---

**DO NOT WRITE BELOW THIS LINE – TO BE FILLED IN BY STAFF ONLY**

| TRIAGED BY | DATE RECEIVED | ACTION | | STAFF INITIALS |
|---|---|---|---|---|
| ☑ PSU | 4/5/17 | ☐ Direct Response  ☑ Delegate to ___ SH | | TG |
| ☐ HSU | | ☐ Refer to PSU (routine)  ☐ Other (specify in notes below) | | |

NOTES (IF NEEDED)

**RESPONSE**

☐ A psychology appointment is scheduled for the following time frame: _____

☐ Your request has been referred to the Psychiatrist within the Health Service Unit

☐ Your request has been referred to the Health Services Unit for medical issues

☐ Refer for a record review appointment or for copies only.  (Must be processed within 30 days of request)

☑ Other: Mr. Conner, your complaint about suffering in obs is unfortunate given your reluctance to communicate with PSU staff. You will be provided with ongoing medical care and access to behavioral health care in conjunction with your needs and I encourage you to be receptive to services that are and will continue to be offered to you.

| STAFF SIGNATURE | DATE SIGNED | PRINT STAFF NAME |
|---|---|---|
| | 4/5/17 | Scott Rubin-Asch |

Case 2:17-cv-00948-DEJ   Filed 01/26/18   Page 23 of 54   Document 33-1
PATIENT   EXHIBIT 22

Page 2

INMATE COPY

Psychological Service Request
Continue on from 4/4/17
Conner Eric #420475 Cell #402 Alpha Obs Cell.

numerous self harm items while in observation
from several WSPF officers. PSU department is
using my mental illness and self harm as a form of
punishment and not offering me any helpful treatment
or treatment plan. I would like to be place somewhere
I can receive better treatment for my mental illness
and self harm issues.



( ~~~~~~~ ) "Exhibit 22"

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 12/2009)

**HEALTH SERVICE REQUEST**
**AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm. Code
Ch. DOC 316

## ⇨ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| | | |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| | | |

### COPAYMENT DISBURSEMENT REQUEST SECTION
**AGREEMENT BY PATIENT:**
I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE (Indicates request for disbursement of your funds to pay the $7.50 copayment at the time of the requested visit when a copayment is required.)

▶

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)    ☐ DENTAL    ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

### HEALTH SERVICE REQUEST SECTION
INSTRUCTIONS TO PATIENT: Be sure to include today's date on top of form. Check the appropriate box and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES    ☒ HEALTH CARE RECORD REVIEW    ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST    ☒ INFORMATION
☒ OTHER: HSU Manager / Provider

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

I've been waiting 3 weeks for my mouth spray Kote to arrive from Dominin Pharmacy. I need it. Also please tell me the exact date HSU Manager issued the DO's to give me new my cell to provide foot care / foot cream. Filling civil suit, need information for records.

DATE RECEIVED:
TO BE STAMPED BY HSU

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**
### PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY

**RESPONSE** Check appropriate box below.
☐ Scheduled to be seen in HSU: ☐ MD/DO   ☐ NP/PA   ☐ RN/LPN    ☐ Refer to Special Needs Nurse/Committee
☐ Treated Today    ☐ Refer to Psychiatrist    ☐ Refer to PSU    ☐ Place on Optometric Waiting List
☐ Refer to MPAA for record review appointment or for copies only. (Must be within 30 days of request.)
☐ Non-Medical Problem    ☒ Other:
WRITTEN RESPONSE

Your mouth Kote spray has arrived and should be on the medication cart tonight for you. We first provided foot care to you on 3/15/17, however there is no formal order to provide foot care

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| N. Bethel RN | 4/21/17 |

Exhibit 23

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3035 (Rev. 9/2016)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

WISCONSIN
Adm. Code
Ch. DOC 316

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇐

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| _(handwritten)_ | _Eric_ | _420475_ |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| WSF | A 402 | 3/26/17 |

### COPAYMENT DISBURSEMENT REQUEST SECTION
**AGREEMENT BY PATIENT:**

I understand the following:
- The Department of Corrections shall charge a copayment of $7.50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment.
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required.
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ _(handwritten signature)_

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)  ☐ DENTAL  ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No
AUTHORIZED STAFF SIGNATURE                    DATE OF SERVICE

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box. The HSU will send a copy back to you indicating that your request has been received.

☐ HEALTH SERVICES  ☐ HEALTH CARE RECORD REVIEW  ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST  ☐ INFORMATION
☑ OTHER: _HSU Manager / Provider_

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

_I would like my skin lotions & washrag I've been unable to shower because I'm unable to use my skin lotion after I get out of shower causing me to get dry skin. Please allow me to have my skin lotions._

| DATE RECEIVED: |
|---|
| TO BE STAMPED BY HSU |

### FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

**PATIENT: DO NOT WRITE BELOW THIS LINE – TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below. Add written comments / information as needed.

☐ Nursing Sick Call: ☐ Today ☐ Date (if not today):
☐ Scheduled to be seen in HSU ☐ ACP ☐ RN/LPN ☐ Special Needs Evaluation ☐ Optical ☐ Other:
☐ Refer HSR to: ☐ ACP ☑ HSU Manager ☐ Psychiatrist ☐ MPAA ☐ Optical ☐ Other:
☐ Refer for copies only:                    ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify):            ☐ Other:

COMMENT / INFORMATION

_Mr. Connor, You can not have any lotions or creams until you cover your camera. It is a PLU decision because you continue to threaten self harm and remain in clinical observation status. The nurses can schedule lotion availability at HSU._

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| _(handwritten signature)_ RN HSM | 3/27/17 |

"Exhibit 24"
COPY - PATIENT AFTER RESPONSE BY HSU

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-401 (Rev. 09/15)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE REPORT
## COMPLAINT NUMBER WSPF-2017-11164
### * * * ICRS CONFIDENTIAL * * *

**To:** CONNER, ERIC D. - #420475
UNIT: _AR2 -- _221_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 9900
BOSCOBEL, WI 53805-9900

**Complaint Information:**

| | | | |
|---|---|---|---|
| Date Complaint Acknowledged: | 04/28/2017 | Inmate Contacted? | No |

Date Complaint Received: 04/28/2017

Subject of Complaint: 25 - Psychology

Person(s) Contacted: Psych. Assoc. Mink
HSM Waterman

Brief Summary: Challenges denial of skin creme

Summary of Facts: Psych. Assoc. Mink informed this examiner inmate Conner was denied to possess the creams while in observation for a period of time. During this time HSU staff applied the creams as needed.

HSM Waterman informed this examiner there was no order stating inmate Conner needed to possess the creams. HSM Waterman confirmed HSU staff did apply the cream when there was a need.

This examiner recommends dismissal of this complaint.

ICE Recommendation: Dismissed

Recommendation Date: 05/22/2017

*W. Brown*

W. Brown - Institution Complaint Examiner

"Exhibit "25""

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-403 (Rev. 09/15)

WISCONSIN
Administrative Code
Chapter DOC 310

# REVIEWING AUTHORITY'S DECISION
## COMPLAINT NUMBER WSPF-2017-11164
### * * * ICRS CONFIDENTIAL * * *

**To:** CONNER, ERIC D. - #420475
UNIT: _AR2 -- _221_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 9900
BOSCOBEL, WI 53805-9900

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 04/28/2017 |
| Date Complaint Received: | 04/28/2017 |
| Subject of Complaint: | 25 - Psychology |
| Brief Summary: | Challenges denial of skin creme |
| ICE's Recommendation: | Dismissed |
| Reviewer's Decision: | Dismissed |
| Reason(s) for Decision: | An inmate is placed into observation status if clinical assessment shows he is in danger of harming himself or others. PSU staff determine allowed property while in observation status based on clinical judgment of risk. |

The above states the HSU manager confirmed that the cream was applied by HSU while Inmate Conner was in observation status and that there was no medical necessity that the creams be in Inmate Conner's possession.

Decision Date: 06/06/2017

M. Larson - Reviewing Authority

A complainant dissatisfied with a decision may, within 10 calendar days after the date of the decision, appeal that decision by filing a written request for review with the Corrections Complaint Examiner on form DOC-405 (DOC 310.13, Wis. Adm. Code).

" Exhibit 3 " 26 "

Case 2:17-cv-00948-DEJ   Filed 01/26/18   Page 27 of 54   Document 33-1

# PATIENT COMMUNICATION

| PATIENT NAME | DOC NUMBER | FACILITY NAME |
|---|---|---|
| **CONNER, Eric** #420475  03/30/1987  *A 220* | | *WCI* |

☐ You are scheduled for a:

## You must follow the following instructions:

☐ Follow directions below if this box is checked

As of
- No naps.
- No caffeine products such as coffee, tea, canned soda or chocolate.

☐ Follow directions below if this box is checked

As of
- No aspirin.
- No non non-steroidal anti-inflammatory medications such as buprofen, Naproxen.

☐ Follow directions below if this box is checked
- Nothing to eat or drink starting:

☐ Follow directions below if this box is checked
- Clear liquids only starting

☐ Follow directions below if this box is checked:

☐ Follow directions below if this box is checked:

## DIRECTIONS FOR MEDICATIONS

☐ The following medication(s) has/have been discontinued. Please stop taking the medication(s) and return the medication(s) to the HSU:

## NEW MEDICATION(S)

☒ You have new medication. *TMC 0.1% Cream*
- ☐ The medication is:
- ☐ You should take this medication: *3x/day as needed.*
- ☒ The medication is for: *Itching to Kelords*
- ☒ Your medication is kept on your person
- ☐ Your medication is kept by staff (staff controlled)
- ☒ Your medication has been ordered from the pharmacy. If you do not get your medication with 7 days, notify the HSU

☐ You have new medication.
- ☐ The medication is:
- ☐ You should take this medication:
- ☐ The medication is for:
- ☐ Your medication is kept on your person
- ☐ Your medication is kept by staff (staff controlled)
- ☐ Your medication has been ordered from the pharmacy. If you do not get your medication with 7 days, notify the HSU

## LABORATORY / IMAGING TEST RESULTS

You recently had ☐ Lab Work  ☐ Diagnostic Imaging

☐ Your results were reviewed and are considered normal. No follow-up is needed.

☐ We will continue to see you through chronic care.

☐ Your results are abnormal and a follow-up appointment will be scheduled to discuss your plan of care.

You need to be aware of the following:

| SIGNATURE OF HSU STAFF | DATE SIGNED |
|---|---|
| *Ann Slinger RN*  "Exhibit 27" | *4/29/15* |

# PATIENT COMMUNICATION

| PATIENT NAME (Last, First)<br>Conner, Eric | DOC NUMBER<br>420475 | FACILITY NAME<br>WSPF |
| --- | --- | --- |

☐ You are scheduled for a:

## You must follow the following instructions:

| ☐ Follow directions below if this box is checked | ☐ Follow directions below if this box is checked | ☐ Follow directions below if this box is checked | ☐ Follow directions below if this box is checked |
| --- | --- | --- | --- |
| As of<br>• No naps.<br>• No caffeine products such as coffee, tea, canned soda or chocolate. | As of<br>• No aspirin.<br>• No non-steroidal anti-inflammatory medications such as ibuprofen, Naproxen, Meloxicam. | • Nothing to eat or drink starting: | • Clear liquids only starting |

## DIRECTIONS FOR MEDICATIONS

☐ The following medication(s) has/have been discontinued. Please stop taking the medication(s) and return the medication(s) to the HSU:

## NEW MEDICATION(S)

☒ You have new medication.

   ☒ The medication is: Dermadaily Lotion

   ☒ You should take this medication: apply to affected area as needed

   ☐ The medication is for:

   ☒ Your medication is kept on your person

   ☐ Your medication is kept by staff (staff controlled)

   ☐ Your medication has been ordered from the pharmacy. If you do not get your medication with 7 days, notify the HSU

☐ You have new medication.

   ☐ The medication is:

   ☐ You should take this medication:

   ☐ The medication is for:

   ☐ Your medication is kept on your person

   ☐ Your medication is kept by staff (staff controlled)

   ☐ Your medication has been ordered from the pharmacy. If you do not get your medication with 7 days, notify the HSU

## LABORATORY / IMAGING TEST RESULTS

You recently had ☐ Lab Work ☐ Diagnostic Imaging

☐ Your results were reviewed and are considered normal. No follow-up is needed.

☐ We will continue to see you through chronic care.

☐ Your results are abnormal and a follow-up appointment will be scheduled to discuss your plan of care.

☐ You need to be aware of the following:

| SIGNATURE OF HSU STAFF | DATE SIGNED |
| --- | --- |
| *[signature]* " Exhibit "28" | 10.31.16 |

**DISTRIBUTION:** Original – Medical Chart, Correspondence Section; Copy – Patient

PATIENT NAME (Last, First) Connu, Eric    DOC NUMBER 420475    DOB ████ 87    HOUSING UNIT    WISCONSIN

ALLERGIES

NKDA

## PATIENT MEDICATION PROFILE    RECOPIED ON:

| ORIGINAL ORDER DATE | DRUG NAME | DOSAGE | FREQUENCY | PRESCRIBER | | FILL/ORDER | FILL/ORDER | FILL/ORDER | FILL/ORDER | FILL/ORDER | FILL/ORDER | STOP/REORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/4/14 | Ibu | 200mg | 2 po Q10 hr | RN | Date | 2/4/14 | | | | | | 3/4/14 |
| | | | | | Quantity | 200 | | | | | | |
| | | | | | Dose | 200 | | | | | | |
| | | | | | Code | | | | | | | |
| | | | | | Initials | W | | | | | | |
| 2/4/14 | T-gel | | w/ showers | RN | Date | 2/4/14 | 2-20-14 | 2-27-14 | | | | 3/4/14 |
| | | | | | Quantity | | | | | | | |
| | | | | | Dose | | | | | | | |
| | | | | | Code | | | | | | | |
| | | | | | Initials | RM | OP | OP | | | | |
| 3/24/14 | Mirtazapine | 15mg | HS | RF | Date | 3-11-14 | | | | | | 8-27-14 |
| | | | | | Quantity | 30 | | | | | | |
| | | | | | Dose | | | DC   pulled 5/29/14 | | | | |
| | | | | | Code | CQ | | | | | | |
| | | | | | Initials | | | | | | | |
| 5/28/14 | Trazodone | 50mg | HS | RF | Date | 6-5-14 | 8/10/14 | | | | | 11/28/14 |
| | | | | | Quantity | 30 | #30 | | | | | |
| | | | | | Dose | 30 | 50mg | | | | | |
| | | | | | Code | tw | amR | | | | | |
| | | | | | Initials | | | | | | | |
| 7-15-14 | TMC  Cream | 0.1% | TID prn | Jm | Date | 7-22-14 | | | | | | 1/15/15 |
| | | | | | Quantity | | | | | | | |
| | | | | | Dose | 8gm | | | | | | |
| | | | | | Code | | | | | | | |
| | | | | | Initials | | | | | | | |
| | Ibuprofen | 600mg | QID prn | JS | Date | 8/7/14 | 9-12-14 | | | | | NR |
| | | | | | Quantity | | | | | | | |
| | | | | | Dose | 30 | 30 | | | | | |
| | | | | | Code | tw | OP | | | | | |
| | | | | | Initials | | | | | | | |
| 9/24/14 | Trazodone | 50mg | HR | RF | Date | 87 | 10-2-14 | 3-16-15 | | Renewed 3-18-15 | | Reorder 3/24/15 |
| | | | | | Quantity | 10 | 30 | 30 | | | | |
| | | | | | Dose | | | 50mg | | | | |
| | | | | | Code | CO | OP | | | CQ | | |
| | | | | | Initials | | | | | | | |
| 2/19/15 | Antibiotic oint | BID | | NC | Date | 2/19/15 | 2-20-15 | 9/11/15 | | | | 2-19-16 |
| | | | | | Quantity | 1 p14 | 1 tube | | | | | |
| | | | | | Dose | | | | | | | |
| | | | | | Code | AA | cont | discontinued | | | | |
| | | | | | Initials | | | | | | | |

PATIENT NAME (Last, First)    DOC NUMBER

"Exhibit 29"

B – Returned back to the HSU;  C – Sent to court;  D – Discharged Medication;  L – Obtained from pharmacy other than CPS;  O – Ordered from CPS;  RI – Reissued (e.g. when transferred);  S – Started from stock

DEPARTMENT OF CORRECTIONS / DAI / DOC-3034 (Rev. 12/2009)
DISTRIBUTION: Original – Medical Chart, Medications Section

**PATIENT NAME (Last, First)** Conney, Eric

**DOC NUMBER** 420475

**DOB** [redacted]/87

**HOUSING UNIT**

**ALLERGIES** NKDA

## PATIENT MEDICATION PROFILE  RECOPIED ON:

| ORIGINAL ORDER DATE | DRUG NAME | DOSAGE | FREQUENCY | PRESCRIBER | | FILL/ORDER | FILL/ORDER | FILL/ORDER | FILL/ORDER | FILL/ORDER | FILL/ORDER | STOP/REORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/19/15 | Ibuprofen 600mg | 1 PO Q10 | PRN | N6 | Date | 2/23/15 | 2-25-15 | 3/18/15 | DC | | | 2-19-16 |
| | | | | | Quantity | 30 | 30 | 30 | 600mg 9-11-15 | | | |
| | | | | | Dose | | | | | | | |
| | | | | | Code | | | | | | | |
| | | | | | Initials | MM | MX | A | MM | | | |
| 3-18-15 | Trazodone | 50 mg | HS | TC | Date | 3-16-15 | 4-17-15 | 5-11-15 | 6-9-15 | 7-21-15 | 8-30-15 | 9-18-16 |
| | | | | | Quantity | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| | | | | | Dose | | | 50mg | 50mg | | 50mg | 50 |
| | | | | | Code | | | | | | | |
| | | | | | Initials | MM | cour | cj | RN | CQ | all | |
| 4/23/15 | Mineral | BID PRN | 1AA | RN | Date | 4/23/15 | | | | | | NR |
| | | | | | Quantity | 402 | | | | | | |
| | | | | | Dose | | | | | | | |
| | | | | | Code | | | | | | | |
| | | | | | Initials | MM | | | | | | |
| 4-29-15 | TMC ointment cream | 0.1% | Kead TID prn | N6 | Date | 5-2-15 | DC | | | | | 4-29-16 |
| | | | | | Quantity | | 9-11-15 | | | | | |
| | | | | | Dose | | | | | | | |
| | | | | | Code | | | | | | | |
| | | | | | Initials | MM | MM | | | | | |
| 9-25-15 | Trazodone | 50mg | HS | A6 | Date | 9-25-15 | 10-21-15 | | | | | 4/25/16 |
| | | | | | Quantity | 03 | 30 | | increased to 75 | | | |
| | | | | | Dose | | 50 mg | | | | | |
| | | | | | Code | | | | | | | |
| | | | | | Initials | CQ | CQ | | | | | |
| 10-30-15 | Trazodone | 75mg | HS | A6 | Date | 11-5-15 | 12-2-15 | 1-4-16 | increased 1/8/16 | | | 4/30/16 |
| | | | | | Quantity | 30 | 30 | 30 | | | | |
| | | | | | Dose | 30 | 75mg | 75mg | | | | |
| | | | | | Code | W | | | | | | |
| | | | | | Initials | | cj | cj | | | | |
| 12-16-15 | TMC cream | 0.1% | BID prn | Garcia | Date | 12-22-15 | 1/9/16 | 6/3/16 | 8-30-16 | | 9-24-16 | 12-16-16 |
| | | | | | Quantity | 0.1% | 0.1 | to 500 | 0.1% | | 0.1% | |
| | | | | | Dose | | | | | | | |
| | | | | | Code | | | | | | | |
| | | | | | Initials | CQ | at | JL | cour | | Pen | |
| 1/8/16 at | Trazodone | 75-150mg | QHS PRN | Strelich | Date | 1-19-16 | 2-23-16 | Renewed 4-1-16 JL | | | | 7/8/16 |
| | | | | | Quantity | | 60 | | | | | |
| | | | | | Dose | 100 | 75 | | | | | |
| | | | | | Code | | 75d | | | | | |
| | | | | | Initials | W | CQ | | | | | |

**PATIENT NAME (Last, First)** "Exhibit 30"     **DOC NUMBER**

B – Returned back to the HSU; C – Sent to court; D – Discharged Medication; L – Obtained from pharmacy other than CPS; O – Ordered from CPS; RI – Reissued (e.g. when transferred); S – Started from stock

DEPARTMENT OF CORRECTIONS / DAI / DOC-3034 (Rev. 12/2009)
DISTRIBUTION: Original – Medical Chart, Medications Section

Case 2:17-cv-00948-DEJ   Filed 01/26/18   Page 32 of 54   Document 33-1

**PATIENT NAME (Last, First)**  Conner, Eric

**DOC NUMBER**  420475

**DOB** [redacted] /87

**HOUSING UNIT**

**WISCONSIN**

**ALLERGIES**  NKDA

## PATIENT MEDICATION PROFILE   RECOPIED ON:

| ORIGINAL ORDER DATE | DRUG NAME | DOSAGE | FREQUENCY | PRESCRIBER | | FILL/ORDER | FILL/ORDER | FILL/ORDER | FILL/ORDER | FILL/ORDER | FILL/ORDER | STOP/REORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/12/14 | trazodone | 200mg | Q HS. PRN | Strelnick | Date | 8-29-16 | 09-20-16 | 10-4-16 | 1-13-17 | | | 2/12/17 |
| | | | | | Quantity | 60 | 27 | 60 | 60 | renewed | | |
| | | | | | Dose | 100mg | 100 mg | 100mg | 100mg | | | |
| | | | | | Code | | | | | | | |
| | | | | | Initials | CAS | MC | | PSM | | | |
| 8/12/16 | prazosin | 15mg | Q HS | Strelnick | Date | 8/3/16 | 09-20-16 | | | | | 2/12/17 |
| | | | | | Quantity | | | | D/C | | | |
| | | | | | Dose | | | | 02-11-17 | | | |
| | | | | | Code | | | | | | | |
| | | | | | Initials | | | | | | | |
| 8/12/16 | Mouth-kote | 2 sprays | PRN | Strelnick | Date | 8-29-16 | 9/12/16 | 09-21-16 | 10.1/16 | 11/3/16 | 11/26/16 | copy 2/12/17 |
| | | | | | Quantity | 1 btl | 1btl | | | 1btl | 1btl | |
| | | | | | Dose | | | | | | | |
| | | | | | Code | | | S | O | D | O | |
| | | | | | Initials | CO7 | MC | | CAN | JD | JD | |
| 8/12/16 | ensure 1 can c̄ each meal | | | Schroeder | Date | 8/27/16 | 9/4/16 | | | | | 9/12/16 |
| | | | | | Quantity | 24 | 24 | | | | | |
| | | | | | Dose | | | | | | | |
| | | | | | Code | | | | | | | |
| | | | | | Initials | JL | JK | | | | | |
| 8-12-16 | Dermacerin | QID | prn | Schroeder | Date | 9-12 | 09-21-16 | | | | | 8-12-17 |
| | | | | | Quantity | 1 | | | | | | |
| | | | | | Dose | | | | | | | |
| | | | | | Code | S | | | | | | |
| | | | | | Initials | MC | | | | | | |
| 9/27/16 | minerin creme | PRN | apply to affected areas | | Date | 9/27/16 | 10.7.16 | 10-31-16 | | | | 3/27/17 |
| | | | | | Quantity | 4oz | 4oz | 43cop | D/C 10-31-16 | | | |
| | | | | | Dose | | (S) | | | | | |
| | | | | | Code | S | | | | | | |
| | | | | | Initials | RPB | SM | PSM | | | | |
| 10/16/15 | TMC Cream | 0.1% | BID PRN | Garcia | Date | 10-4-16 | 11-29-16 | | | | | 12-16-16 |
| | | | | | Quantity | 0.1% | 1tube | | | | | |
| | | | | | Dose | 0.1% | 0.1% | | | | | |
| | | | | | Code | | | | | | | |
| | | | | | Initials | NSM | SM | | | | | |
| 10-31-16 GL | DermaDaily Lotion. | Apply to Affected area | PRN | T. Benson | Date | 10-31-16 | 11/7/16 | 11-14-16 | 11/21/16 | 12-2-16 | 12-9-16 | copy 12-30-16 |
| | | | | | Quantity | 4oz | 4oz | 4oz | 4oz | 1bottle 7oz | 4oz. | |
| | | | | | Dose | | | | | (4oz cup) | | |
| | | | | | Code | S | | S | S | | | |
| | | | | | Initials | GL | SM | SM | JD | BB | PSM | |

**PATIENT NAME (Last, First)**  Conner Eric   "Exhibit 31"

**DOC NUMBER**  420475

B – Returned back to the HSU; C – Sent to court; D – Discharged Medication; L – Obtained from pharmacy other than CPS; O – Ordered from CPS; RI – Reissued (e.g. when transferred); S – Started from stock

DEPARTMENT OF CORRECTIONS / DAI / DOC 2081 (Rev. 12/2009)

Conner, Eric  
DOC NUMBER: 420475  
DOB: ██████ 87

**ALLERGIES**  
NKDA

## PATIENT MEDICATION PROFILE  RECOPIED ON: _____

| ORIGINAL ORDER DATE | DRUG NAME | DOSAGE | FREQUENCY | PRESCRIBER | | FILL/ORDER | FILL/ORDER | FILL/ORDER | FILL/ORDER | FILL/ORDER | FILL/ORDER | STOP/REORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12.1.16 SA | Triamcinolone *★ Apply to affected areas BID PRN | 0.1% Cream | | Tanya Bonsen | Date | 12-4-16 | 1-15-17 | 1-26-17 | 2-3-17 | 9-26-17 | 10-18-17 | 12.1.17 COPY |
| | | | | | Quantity | 1 tube | 1 tube | 1 tube | 1 tube | 1 tube | 1 tube | |
| | | | | | Dose | 0.1% | | | | renew refill | cont d write | |
| | | | | | Code | | O | | O | O | S | |
| | | | | | Initials | BW | JS | BW | DW | MS | DW | |
| copy 8/12/16 SA | Mouth-Kote | 2 sprays PRN | | Strelnick | Date | 12-14-16 | 12-22-16 | 1-22-17 | | | | 2/12/17 |
| | | | | | Quantity | | | | | | | |
| | | | | | Dose | | | | | | | |
| | | | | | Code | O | O | | | | | |
| | | | | | Initials | DW | JS | BW | | | | |
| copy ★ 10/31/16 SA | Derma daily lotion | apply to affected areas PRN | | T. Bonson | Date | 12-15-16 | 10-21-16 | 1-5-17 | 1-17-17 | 1-19-17 | 4-5-17 | 11/30/17 |
| | | | | | Quantity | 4oz | 4oz | 4oz | 4oz | 4oz | 1 oz | |
| | | | | | Dose | | | | | | | |
| | | | | | Code | S | S | S | | S | S | |
| | | | | | Initials | BW | SAW | | | SAW | BW | |
| 1-11-17 DW | Bacitracin oint. | BID | | McArdle McAdaol | Date | 1/11/17 | STOP | | | | | 7-11-17 |
| | | | | | Quantity | | | | | | | |
| | | | | | Dose | | | | | | | |
| | | | | | Code | | | | | | | |
| | | | | | Initials | DW | | | | | | |
| 1-11-17 DW | Pumice treatment to callus (L) foot | | | McArdle | Date | 1-26-17 | 5-5-17 | renewed 06-09-17 | | | | 7-11-17 |
| | | | | | Quantity | | | | | | | |
| | | | | | Dose | | | NK RN | | | | |
| | | | | | Code | S | S | | | | | |
| | | | | | Initials | DW | JS | | | | | |
| 1/11/17 ★ DW | Miacanin cream | Daily PRN | | McArdle | Date | 1/11/17 | 4/25/17 | 4-28-17 | 2-1-17 | | | 7-11-17 |
| | | | | | Quantity | | 4oz | 4oz | 100% | | | |
| | | | | | Dose | | S | S | | | | |
| | | | | | Code | DW | NS RN | S | S cont | | | |
| | | | | | Initials | | | | SAW | | | |
| renewed 02-10-17 NK | Mouth-Kote | 2 sprays | PRN | Dr Strelnick | Date | 01-22-17 | 2-16-17 | 4/21/17 | 5-6-17 | renewed 05-19-17 | | 08-10-17 |
| | | | | | Quantity | 1 | | | | | | |
| | | | | | Dose | | | | | | | |
| | | | | | Code | O | S&O | NK O | NK RN | | | |
| | | | | | Initials | | NS RN | | | | | |
| renewed 02-10-17 NK | Trazodone | 200mg | QHS | Dr Strelnick | Date | 2-13-17 | 2-23-17 | 4-11-17 | 5-18-17 | 10-28-17 | | 05-10-17 |
| | | | | | Quantity | 60 | 60 | 60 | 60 | renewed 7/21/17 | | |
| | | | | | Dose | 200mg | 100mg | 100mg | 100 mg | 100 mg | | |
| | | | | | Code | O | O | | | | | |
| | | | | | Initials | | JS | NS | JS | | | |

**B** – Returned back to the HSU; **C** – Sent to court; **D** – Discharged Medication; **L** – Obtained from pharmacy other than CPS; **O** – Ordered from CPS; **RI** – Reissued (e.g. when transferred); **S** – Started from stock

DEPARTMENT OF CORRECTIONS / DAI / DOC-3034 (Rev. 12/2009)  
DISTRIBUTION: Original – Medical Chart, Medications Section

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-27 (Rev. 10-2014)

WISCONSIN
Administrative Code
Chapter DOC 311

# PLACEMENT / REVIEW OF OFFENDER
# MENTAL HEALTH OBSERVATION

<u>Instructions:</u> PSU staff complete this form for initial mental health placements and for reviews.

| OFFENDER NAME Conner, Eric | | DOC NUMBER 420475 | FACILITY WSPF |
|---|---|---|---|
| SECURITY STAFF SUPERVISING PLACEMENT Lt. Scullion | PSU STAFF APPROVING PLACEMENT Dr. Hoem | DATE OF PLACEMENT 3-3-17 | TIME OF PLACEMENT 9:00 AM |

| TYPE OF REVIEW | REASON FOR PLACEMENT |
|---|---|
| ☐ Initial Placement  ☒ Follow-up Review | ☒ Dangerous to Self   ☐ Mentally Ill and Dangerous to Self or Others |

DESCRIPTION OF OFFENDER BEHAVIOR THAT RESULTED IN INITIAL PLACEMENT

Please see initial DOC-27.

CURRENT MENTAL STATUS EVALUATION        DATE  4-4-17   TIME  11:04 AM

This clinician consulted with Dr. Rubin-Asch and Ms. Waterman about Mr. Conner's lotion usage. Nursing staff on a daily basis were letting Mr. Conner soak his feet and nursing staff were applying lotion to his feet. While nursing staff were applying lotion, Mr. Conner would expose himself to the female nursing staff. After consulting, the team decided that Mr. Conner could have the lotion in cell but if he abused the lotion (smearing it on his camera, walls, etc) that the lotions would be removed and he would not have access to the lotion unless it was doctor ordered. Mr. Conner was seen at cell front on Alpha unit. Mr. Conner would not talk with this clinician. The information that was gathered from the meeting was relayed to Mr. Conner but Mr. Conner would not engage in conversation.

DECISION

| ☐ Place in Observation  ☒ Continue in Observation | ☒ Close (15 Minute Checks)  ☐ Constant (1:1 Observation) |
|---|---|
| | ☒ Document allowed property on DOC-112 |
| ☐ Release from Observation | ☐ Document release on DOC-112   Date / Time of Release |

REASON FOR DECISION / TREATMENT PLAN

Mr. Conner did not cooperate with being assessed today. As his risk of self-harm could not be assessed he will remain in observation status. He will also remain in observation status to help reduce his risk of self-harm and so staff can continue to closely monitor his behavior.

| SIGNATURE OF PSU STAFF MEMBER _Mink_ | PRINT NAME AND TITLE A. Mink, MAC Psychological Associate | DATE SIGNED 5-24-17 |
|---|---|---|
| SUPERVISOR SIGNATURE (IF NEEDED) | PRINT NAME AND TITLE Dr. S. Rubin-Asch, Psy. D Licensed Psychologist | DATE SIGNED 5/25/17 |

<u>NOTICE TO OFFENDER:</u>  You have the right to appeal your placement or continuation in observation to the Administrator of the Division of Adult Institutions when:

You are in observation status and have not been evaluated by a member of the psychological services staff or a physician within 2 working days, <u>or</u> you have been in observation for dangerousness to self for at least 30 days and wish to challenge the psychologist's written "Review of Dangerousness to Self" decision.

"Exhibit 33"

DISTRIBUTION: Original – PSU Record, Observation/Restraint/Segregation Review Section; Copy – Security; Copy – (for initial placements) Medical Chart, Psychological Records (Copies) Envelope; Copy -- (for initial placements) - Offender

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-27 (Rev. 10-2014)

 

**WISCONSIN**
Administrative Code
Chapter DOC 311

# PLACEMENT / REVIEW OF OFFENDER
# MENTAL HEALTH OBSERVATION

<u>Instructions:</u> PSU staff complete this form for initial mental health placements and for reviews.

| OFFENDER NAME<br>Conner, Eric | | DOC NUMBER<br>420475 | FACILITY<br>WSPF |
|---|---|---|---|
| SECURITY STAFF SUPERVISING PLACEMENT<br>Lt. Scullion | PSU STAFF APPROVING PLACEMENT<br>Dr. Hoem | DATE OF PLACEMENT<br>3-3-17 | TIME OF PLACEMENT<br>9:00 AM |

| TYPE OF REVIEW | REASON FOR PLACEMENT |
|---|---|
| ☐ Initial Placement   ☒ Follow-up Review | ☒ Dangerous to Self   ☐ Mentally Ill and Dangerous to Self or Others |

**DESCRIPTION OF OFFENDER BEHAVIOR THAT RESULTED IN INITIAL PLACEMENT**

Please see initial DOC-27.

**CURRENT MENTAL STATUS EVALUATION**   DATE 4-4-17   TIME 11:04 AM

Mr. Conner was seen at cell front on Alpha unit. Mr. Conner was sitting on the edge of his bed facing the wall. Mr. Conner would not acknowledge this clinician. This clinician explained to Mr. Conner after consulting with the HSU staff, Ms. Waterman, and Dr. S. Rubin-Asch that he would be allowed to have his foot lotion in his cell. This clinician explained to Mr. Conner that the lotion should only be used for his feet and if he misuses the lotion than, the lotion would be restricted while he is in observation.

**DECISION**

| ☐ Place in Observation   ☒ Continue in Observation | ☒ Close (15 Minute Checks)   ☐ Constant (1:1 Observation)<br>☒ Document allowed property on DOC-112 |
|---|---|
| ☐ Release from Observation | ☐ Document release on DOC-112   Date / Time of Release |

**REASON FOR DECISION / TREATMENT PLAN**

Mr. Conner did not cooperate with being assessed today. As his risk of self-harm could not be assessed he will remain in observation status. He will also remain in observation status to help reduce his risk of self-harm and so staff can continue to closely monitor his behavior.

| SIGNATURE OF PSU STAFF MEMBER<br>*A Mink* | PRINT NAME AND TITLE<br>A. Mink, MAC<br>Psychological Associate | DATE SIGNED<br>4-4-17 |
|---|---|---|
| SUPERVISOR SIGNATURE (IF NEEDED)<br>*Scott Rubin-Asch, PsyD LP* | PRINT NAME AND TITLE<br>Dr. S. Rubin-Asch, Psy. D<br>Licensed Psychologist | DATE SIGNED<br>4/11/17 |

<u>NOTICE TO OFFENDER:</u>   You have the right to appeal your placement or continuation in observation to the Administrator of the Division of Adult Institutions when:

You are in observation status and have not been evaluated by a member of the psychological services staff or a physician within 2 working days, <u>or</u> you have been in observation for dangerousness to self for at least 30 days and wish to challenge the psychologist's written "Review of Dangerousness to Self" decision.


"Exhibit 34"

**DISTRIBUTION:** Original – PSU Record, Observation/Restraint/Segregation Review Section; Copy – Security; Copy – (for initial placements) Medical Chart, Psychological Records (Copies) Envelope; Copy – (for initial placements) - Offender

United States District Court For
Eastern District Of Wisconsin.

Eric D. Conner,
   Plaintiff-Respondent.

   v.

Stacy L. Hoem,                    Case No. 17-CV-948
Scott Rubin-Asch,
Angelia Mirk,                     "AFFIDAVIT"
Jolinda Waterman,
Sandy McArdle,
and Nathan Bethel,
                  Defendants.

"Affidavit" Of Zachary Hayes # 271739, In
Support Of Plaintiff's Claims and Exhibit-
Document.

I, Zachary Hayes, Pursuant to 28 U.S.C. §
1746 under Penalty Of Perjury. State the foll-
owing to be true:

1.)- I make this Affidavit based upon Personal
Knowledge, information, and belief.

2.)- At all times herein, I, was Confined in the
Segregation Unit at WSPF-Alpha Unit in cell
405 on Disciplinary Separation Status during
the Months: March and April of 2017, while
Mr. Conner was on Clinical Observation Status
Cell 402.

X  Zachary Hayes
   Signature Of Affiant

"Exhibit" 35
( Page 1 of 5 )

3.) - I was conversing with Conner everyday either through the cells ventilation system or over the range through the cells doors. We converse about his pain and suffering, illicit punishments, and retaliation by HSU, PSU, and Security Staff at WSPF.

4.) - PSU staff would try to communicate with Mr. Conner Monday - Fridays every week. However, Mr. Conner would remain reticent with them all.

5.) - I was aware that Dr. Hoem denied Mr. Conner access to his medicated cremes and lotion for coming back on Clinical Observation Status, further placing a hand-written restriction stating such and placing it on his cell door. I saw this restriction on Conner's cell door every time I walked pass his cell.

6.) - I heard Conner asking Nurse Bethel as well as other Nurses during medication passes for his cremes/lotion; and complaining/informing them that he is in pain and suffering without them, however they kept denying Conner and refused to issue immediate medical treatment/remedies.

X ~Zachary Hayes~
Signature Of Affiant

"Exhibit 35"
( Page 2 of 5 )

7.) - I overheard Conner conversing with the HSU Manager, Solinda Waterman at his cell-front, where he was complaining about his pain and suffering and discomfort with his medical conditions; skin, feet, and keloids. I heard Ms. Waterman tell Conner that she has been fully aware of his complaints, and suffering and that PSU has denied him access to his prescribed medicated cremes and lotion.

8.) - I heard Mr. Conner tell Ms. Waterman to look at the condition of his keloids, skin, and feet. Ms. Waterman responded," I can't do anything about it." She walked away from his cell.

9.) - I could hear as well as other inmates Mr. Conner moaning out in pain that he stated was constant throughout his feet and keloids.

10.) - I was aware that Mr. Conner wasn't showering/unable to shower due to Dr. Hoem's restriction; restricting Conner access to his medicated skin lotion. I, and other inmates, DOC officials could smell the funk, stink coming through inmate Conner's observation cell door whenever I walk by.

X _Zachary Hayes_
Signature of Affiant

" Exhibit ⬛ " 35 "
( Page 3 of 5 )

11.)- Several times in late March of 2017, I heard Dr. Scott Rubin-Asch at Conner's observation Cell trying to get him to talk and when Conner wouldn't, Rubin-Asch will tell Conner; "I know You are in Pain and are Suffering, and in need of your medicated Cremes/Lotion, but the only way You will receive these Cremes/Lotion is if You start talking to PSU staff."

12.)- I am the author of the written DOC-3035B Form: Psychological Service Request. (2 Pages) dated: April 4, 2017. Mr. Conner asked me to write Dr. Rubin-Asch a DOC-3035B Form on April 4, 2017, which I did because he was unable to due to his Clinical Observation Status.

13.)- With Conner's Permission I wrote Dr. Rubin-Asch complaining and informing him as Conner told me, of his Pain and suffering. Wanting his Cremes/Lotion, and a copy of Dr. Hoem's Handwritten Restriction dated March 3, 2017, about wanting/needing Orange (Crocks) Sandles among Other things. The DOC-3035B Form may be hard for Some to read so this (my) affadavit Paragraphs 12 and 13, are in Support of the DOC-3035B form dated: April 4, 2017.

X _Zachary Hayes_
Signature of Affiant

"Exhibit 35"
(Page 4 of 5)

Eastern District Of Wisconsin

Pursuant To 28 U.S.C. § 1746, I
Declare Under The Penalty Of
Perjury The Following Is True And
Correct. I am Competent To Testify
To The Above.

Signature: Zachary Hayes

Dated This 18th day of December, 2017.

Zachary Hayes
#271739
W.S.P.F.
P.O. Box 1000
Boscobel, WI
53805.

"Exhibit ⬛" 35"
(Page 5 of 5)

| | | DAI Policy #: 500.10.08 | Page 1 of 3 |
|---|---|---|---|
|  | **DIVISION OF ADULT INSTITUTIONS**<br><br>**POLICY AND PROCEDURES** | **Original Effective Date:** 08/03/97 | **New Effective Date:** 09/08/14 |
| | | **Supersedes:** 500.10.08 | **Dated:** 06/20/11 |
| | | **Administrator's Approval:** Cathy A. Jess, Administrator | |
| | | **Required Posting or Restricted:**<br><br>[X] Inmate  [X] All Staff  [ ] Restricted | |

| **Chapter:** 500 Health Services |
|---|
| **Subject:** Access to Care |

## POLICY

All Division of Adult Institution facilities shall ensure inmate patients have access to care to meet their serious medical, dental and mental health needs. All inmate patients shall have access to health care in a timely manner.

## REFERENCES

National Commission on Correctional Health Care, Standards for Health Care in Prisons, P-A-01, 2014

## DEFINITIONS, ACRONYMS, AND FORMS

BHS – Bureau of Health Services

HSU – Health Services Unit

RHA – Responsible Health Authority

"Exhibit 36"

## PROCEDURE

I. **Access to Care**

    A. Access to care means that in a timely manner, an inmate patient can:

        1. Be seen by a qualified health professional.

        2. Be given a professional clinical judgment.

        3. Receive care that is ordered.

    B. Inmate patients shall be notified, upon admission, of the process to request health care.

    C. Unreasonable barriers to accessing health care shall be identified, avoided and eliminated. Examples of unreasonable barriers may include:

        1. Punishing inmates for seeking health care for their serious medical needs.

        2. Assessing excessive copayments that prevent or deter inmate patients from seeking help for their serious health needs or assessing any fees for treatments arising from sexual abuse.

        3. Deterring inmate patients from seeking care such as holding sick call at 2:00 AM when this practice is not reasonably related to the needs of the facility.

        4. Understaffed or poorly organized systems that result in the inability to deliver appropriate and timely dare for patients to meet their serious health needs.

DOC-1024 (Rev. 02/2009)

| DAI Policy #: 500.10.08 | New Effective Date: 09/08/14 | Page 2 of 3 |
|---|---|---|
| Chapter: 500 Health Services | | |
| Subject: Access to Care | | |

X D. Security/custody or segregation shall not be a barrier in access to health care.

X E. The RHA shall:
1. Identify and eliminate any barriers to inmates receiving health care.
2. Implement quality improvement measures as needed related to access to care.

**Bureau of Health Services:** _____ **Date Signed:** _____
James Greer, Director

_____ **Date Signed:** _____
Ryan Holzmacher, MD, Medical Director

_____ **Date Signed:** _____
Mary Muse, Nursing Director

**Administrator's Approval:** _____ **Date Signed:** _____
Cathy A. Jess, Administrator

Exhibit 86"

| | | DAI Policy #: 500.10.01 | Page 1 of 3 |
|---|---|---|---|
|  | **DIVISION OF ADULT INSTITUTIONS**<br><br>**POLICY AND PROCEDURES** | **Original Effective Date:** 01/16/98; 03/01/01 | **New Effective Date:** 04/04/16 |
| | | **Supersedes:** 500.10.01 | **Dated:** 08/28/14 |
| | | **Administrator's Approval:** Jim Schwochert, Administrator | |
| | | **Required Posting or Restricted:** | |
| | | [X] Inmate [X] All Staff [ ] Restricted | |

| **Chapter:** 500 Health Services |
|---|
| **Subject:** Medical Autonomy |

## POLICY

All Division of Adult Institution facilities shall ensure clinical decisions and actions regarding health care provided to inmates to meet their serious medical needs are made for medical purposes and are the sole responsibility of qualified health care professionals.

## REFERENCES

<u>Standards for Health Services in Prisons</u> – National Commission on Correctional Health Care, 2014 – P-A-03 Medical Autonomy

## DEFINITIONS, ACRONYMS, AND FORMS

<u>BHS</u> – Bureau of Health Services

<u>Custody staff</u> – Includes line security as well as correctional administration.

<u>DOC</u> – Department of Corrections

<u>Health Care</u> – The sum of all actions, preventative and therapeutic, taken for the physical and mental well-being of a population. Among other aspects, health care includes medical, dental, mental health, and dietetic services and environmental conditions.

<u>Health Care Staff</u> – All qualified health care professionals, administrative and support staff that are directly supervised by BHS or the Responsible Health Authority (RHA).

<u>Qualified Health Care Professional</u> – Physicians, Psychiatrists, Dentists, Psychologists, Nurses, Nurse Practitioners, Physical Therapists, Psychiatric Social Workers and others who by virtue of their education, credentials, and experience are permitted by law and licensure to evaluate and care for patients.

## PROCEDURE

I. **Professional Autonomy**

    A. Qualified health care professionals shall have the autonomy to make clinical decisions regarding medically necessary health care provided to inmate patients.

" *Exhibit 37* "

DOC-1024 (Rev. 02/2009)

| DAI Policy #: 500.10.01 | New Effective Date: 04/04/16 | Page 2 of 3 |
| Chapter: 500 Health Services | | |
| Subject: Medical Autonomy | | |

B. Designated responsible staff, at both the facility and BHS level, is the final authority in decisions concerning the medical, dental, and mental health needs of inmate patients.

C. Clinical decisions and their implementation are completed in an effective and safe manner, and in accordance with State regulations, DOC/BHS policies, protocols and professional standards.

D. Administrative decisions such as utilization review are coordinated, if necessary, with the clinical needs so that inmate patient care is not jeopardized.

E. Custody staff and other personnel support the implementation of clinical decisions.

F. The delivery and implementation of health care is a joint effort of custody and health care staff. Collaboration between disciplines is encouraged to ensure the health and safety of the patient population.

G. Issues and problems that arise related to medical autonomy shall be addressed at the facility level when possible. Unresolved issues or those broader in scope shall be addressed at the BHS level.

H. Policy review and/or continuous quality improvement shall be utilized in addressing issues or problems which are perceived to impact professional and legal responsibilities or medical autonomy.

I. Health care staff is subject to the same security regulations as other facility employees.

"Exhibit 37"

Bureau of Health Services: _____ Date Signed: _____
James Greer, Director

_____ Date Signed: _____
Ryan Holzmacher, MD, Medical Director

_____ Date Signed: _____
Mary Muse, Nursing Director

Administrator's Approval: _____ Date Signed: _____
Jim Schwochert, Administrator

| | | DAI Policy #: 500.10.33 | Page 1 of 4 |
|---|---|---|---|
|  | DIVISION OF ADULT INSTITUTIONS<br><br>POLICY AND PROCEDURES | **Original Effective Date:** 07/31/13 | **New Effective Date:** 10/08/14 |
| | | **Supersedes:** 500.10.33 | **Dated:** 07/31/13 |
| | | **Administrator's Approval:** Cathy A. Jess, Administrator | |
| | | **Required Posting or Restricted:**<br><br>[X] Inmate  [X] All Staff  [ ] Restricted | |

| **Chapter:** 500 Health Services |
|---|
| **Subject:** Inmate Patient Safety |

## POLICY

The Division of Adult Institutions shall promote inmate patient safety by implementing inmate patient safety systems to reduce and prevent adverse and near-miss clinical events. Inmate patient safety shall be addressed in a professional, non-punitive and supportive environment.

## REFERENCES

<u>Standards for Health Services in Prisons</u>, National Commission on Correctional Health Care, 2014, P-B-02 – Patient Safety

<u>DAI Policy 500.80.16</u> – Medication Occurrence Reporting

## DEFINITIONS, ACRONYMS, AND FORMS

<u>Adverse Event</u> – An injury or death caused by medical management rather than an inmate patient's underlying disease or condition.

<u>BHS</u> – Bureau of Health Services

<u>CQI</u> – Continuous quality improvement

<u>DOC-3703</u> – Health Services Adverse and Near Miss Clinical Event Reporting Form

<u>HSU</u> – Health Services Unit

<u>Near-miss clinical event</u> – A clinical error without an adverse inmate patient outcome.

<u>Patient Safety Systems</u> – Practice interventions in place designed to prevent adverse or near miss clinical events.

<u>Responsible Health Authority (RHA)</u> – Responsible for the facility's health care services; arranges for all levels of health care; and assures quality and assessable and timely health services for inmate patients.

"Exhibit 38"

## PROCEDURE

I. **General Guidelines**

A. The RHA shall proactively implement inmate patient safety systems to prevent adverse and near-miss clinical events.

DOC-1024 (Rev. 02/2009)

| DAI Policy #: 500.10.33 | New Effective Date: 10/08/14 | Page 2 of 4 |
| --- | --- | --- |
| Chapter: 500 Health Services | | |
| Subject: Inmate Patient Safety | | |

B. The RHA shall implement an error reporting system for health staff to voluntarily report, in a non-punitive environment, errors that affect inmate patient safety.

*"Exhibit 38"*

C. Health staff is encouraged to voluntarily report each adverse clinical event or near miss clinical event to the HSU Manager/designee utilizing DOC-3703 – Health Services Adverse and Near Miss Clinical Event Reporting Form.

D. HSU staff shall follow DAI Policy 500.80.16 for medication occurrences.

E. The RHA/designee and/or Warden/designee has the authority to take immediate and appropriate action in the event of an emergency situation where there is a clear and present danger that poses a threat to life, a threat of personal injury or a threat of damage to property.

F. The RHA/designee is responsible for orienting staff to safety policies/procedures and education for job and task specific safety measures.

II.  **Reported Events**
A. Once an event is reported, the RHA/designee shall review the event to determine if:
1. Immediate action is required.
2. Additional inmate patient safety systems need to be considered for inmate patient safety.
3. The issue shall be forwarded to BHS for further review.
4. Further review is necessary based on evaluation of trends.
5. Concerns identified that go beyond the facility shall be communicated with the appropriate authorities.

B. The RHA/designee shall discuss trends and corrective action plans with the facility Warden/designee.

C. The RHA/designee shall determine whether the event shall be forwarded to the facility CQI Committee for consideration.

III.  **Measures to Promote Inmate Patient Safety**
A. Regular evaluations of the work environment for work practices and hazards is required to maintain safety management.

B. Identified risks and hazards shall be addressed immediately.

C. The RHA/designee is responsible to monitor the processes designed to correct identified problems.

D. The RHA/designee is responsible to assure employee sub-standard performance is corrected in a timely fashion to prevent further occurrences.

| | | DAI Policy #: 500.30.18 | Page 1 of 5 |
|---|---|---|---|
|  | **DIVISION OF ADULT INSTITUTIONS**<br><br>**POLICY AND PROCEDURES** | **Original Effective Date:** 05/01/04 | **New Effective Date:** 02/15/17 |
| | | **Supersedes:** 500.30.18 | **Dated:** 12/23/14 |
| | | **Administrator's Approval:** Jim Schwochert, Administrator | |
| | | **Required Posting or Restricted:**<br><br>[X] Inmate  [X] All Staff  [ ] Restricted | |

| **Chapter:** 500 Health Services |
|---|
| **Subject:** Nursing Protocols |

## POLICY

All Division of Adult Institution facilities shall utilize approved Nursing Protocols. Nursing Protocols are written guidelines for Registered Nurses to use in assessing inmate patients, making clinical judgments about inmate patient health conditions and implementing a plan of care.

## REFERENCES

Standards for Health Services in Prisons, National Commission on Correctional Health Care, 2014, P-E-11 – Nursing Assessment Protocols
Wisconsin Administrative Code Ch. N 6 – Standards of Practice for Registered Nurses and Licensed Practical Nurses
DAI Policy 500.30.72 – Nursing Vital Signs Referral Parameters
Lippincott Manual of Nursing Practice
Lippincott Williams & Wilkens 10th Ed. Nettina, S. M. (2014)
Lippincott Williams & Wilkens (2013) Nursing Procedures, 6th Ed.
Lippincott Williams & Wilkens (2015) Nursing Drug Handbook, 35th Ed.

## DEFINITIONS, ACRONYMS AND FORMS

Advanced Care Provider (ACP) – Provider with prescriptive authority.

DAI – Division of Adult Institutions

DOC – Department of Corrections

HSM – Health Service Manager

HSU – Health Services Unit

NC4 – Nurse Clinician 4

"Exhibit 39"

P&T – Pharmacy and Therapeutics

RN – Registered Nurse

SOAP – Subjective, objective, assessment and plan

DOC-1024 (Rev. 02/2009)

| DAI Policy #: 500.30.18 | New Effective Date: 02/15/17 | Page 2 of 5 |
| Chapter: 500 Health Services | | |
| Subject: Nursing Protocols | | |

**PROCEDURE**



"Exhibit 39"

I. **Overview**

   A. Nurses shall practice within their licensure, training, experience and level of competence.

   B. Nursing protocols serve as a guide to the nurse's assessment and subsequent actions, and do not substitute for the nurse's clinical judgment.

      1. Nursing protocols shall not restrict the nurses' assessment of the inmate patient.

      2. The nurse shall be capable of critical thinking and drawing on current evidence based practice knowledge to determine if different or additional information is needed.

   C. Nursing protocols may address a wide range of health concerns; however, each inmate patient issue shall be assessed and evaluated specifically to the inmate patient concern, inmate patient's health history and presentation. The nurse shall consider the least possible health issue to the most complex and serious concerning assessment of the inmate patient.

   D. The nurse is expected to utilize clinical judgment, evidenced based practice, and current research in assessment, planning, intervention, and evaluation.

      1. The nurse shall determine the most appropriate nursing protocol based on the inmate patient's presentation and assessment.

      2. It is possible that no or more than one nursing protocol exists to meet an inmate patient's needs.

   E. Collaboration between nurses and ACPs is expected as it relates to care and treatment of inmate patients.

   F. Each protocol shall contain a definition of the problem and its potential causes, the clinical features most commonly associated with the condition, the nursing assessments, nursing diagnosis, and nursing interventions, utilizing the nursing process and shall include, referrals, follow up care, and inmate patient education and instructions.

   G. Nursing protocols are developed and reviewed by the nursing protocol committee and receive a final review and approval from the Director of Nursing and the Medical Director.

   H. The use of prescription medications shall not be used in nursing protocols, except for those covering emergency life-threatening situations. Emergency administration of these medications requires a subsequent ACP order.

II. **Orientation, Education, and Training**

   A. Nurses shall be trained and demonstrate competency in the sick call process and the proper use of nursing protocols.

X B. The HSM shall establish a system of validating and documenting nurse competency.

"Exhibit 40"

## III. Use of Nursing Protocols

X A. Protocols shall be available to nurses and shall serve as guidelines. They do not substitute for clinical judgment during health encounters.

1. The RN is expected to utilize sound clinical judgment, evidenced based practice, and current nursing research in delivering care.
2. Protocols shall be utilized to assist the nurse, and shall not limit the nurse's clinical assessment, resources, or clinical judgment.
3. Professional clinical judgment determines what information needs to be collected as part of the nursing assessment and in the development of the plan of care.

X B. Nursing protocols use shall include an inmate patient face-to-face assessment, unless the nurse is on call. The on-call nurse shall speak directly to the inmate patient and utilize nursing protocols in addition to their nursing clinical judgment.

C. Nursing assessments shall include a complete set of vital signs.

X D. When an on-call nurse uses the nursing protocol they are required to make a clinical judgment as to whether the inmate patient needs on-site evaluation, or immediate evaluation off-site.

X E. Documentation of the nursing process shall include assessment, nursing diagnoses, outcome/planning, implementation, patient education, evaluation and nursing protocols utilized.

## IV. Development and Review of Nursing Protocols for the Bureau

A. Existing Nursing Protocols are reviewed annually to determine continuing need or modification.

B. The Nursing Protocol Committee shall receive recommendations for new protocols or revision to existing protocols from clinical staff.

C. The Director of Nursing and Medical Director shall review Protocol requests and approve or reject the development of Nursing Protocols.

D. Nursing protocol development shall be consistent with the National Commission on Correctional Health Care Standards, current ANA Correctional Standards of Care, and in alignment with the Wisconsin Department of Safety and Professional Services. They shall adhere to the community standards and evidence based practice.

E. Nursing Protocols that contain medications will require additional approval by the P&T Committee or its sub-committee.

F. Members of the Nursing Protocol Committee shall be made up of at least one nursing coordinator, nurse educator, nurse clinician, HSMs and a pharmacist.

G. The Director of Nursing shall appoint a Nursing Coordinator from the Bureau of Health Services to serve as a clinical resource and consultant to the Chair(s) of the Nursing Protocol Committee.

H. The Director of Nursing and Medical Director shall serve as consultants to the Nursing Protocol Committee.

I. Annually, the facility ACP and HSM shall have a signed declaration indicating their acknowledgement and review of approved protocols.

J. The HSM of the HSUs shall ensure RNs are oriented to and demonstrate competency in the use of the nursing protocols in their facilities. In the Wisconsin Correctional Center System, the assigned Health Services Nursing Coordinator shall designate responsibility for review to the NC4.
   1. The HSM/NC4 shall maintain a record of all RN orientation, training compliance and competency and annual review.
   2. All new or revised nursing protocols shall be reviewed at staff meetings with RNs.
   3. The HSM/NC4 shall ensure evidence of education on new protocols, retraining where competency enhancement is necessary, and when protocols are revised.

K. Health Services Nursing Coordinators have responsibility for ensuring compliance with education and training by HSMs/NC4s.

"EXHIBIT 40"

**Bureau of Health Services:** _____**Date Signed:** _____
James Greer, Director

_____**Date Signed:** _____
Ryan Holzmacher, MD, Medical Director

_____**Date Signed:** _____
Mary Muse, Nursing Director

**Administrator's Approval:** _____**Date Signed:** _____
Jim Schwochert, Administrator

United States District Court For
Eastern District Of Wisconsin

# DECLARATION
"Exhibit #41"

I, Officer _Rudie_____, declare under the Penalty Of Perjury the Following to the best Of my Knowledge:

(1) - I was working as an Officer, 3rd Shift, in the Segregation building, Alpha Unit, between the months of March and April 2017, at Wisconsin Secure Program Facility (WSPF).

(2) - Mr. Conner was On Clinical Observation Status during these Months Of March and April 2017.

(3) - Mr. Conner Complained multiPeal times to me, as Well as Other Officers that PSU refuse to issue him a "High Security Blanket", Soap, Washcloth, And Dental Care Products, as Well as his medicated Cremes / Lotion.

(4) - Mr. Conner Further Complained to me and Several DOC WSPF Officials during these 2 Months about being extremely Cold; due to not having a blanket and the coldness of the Observation cells on Alpha Unit. Mr. Conner Further Complained to me that he is unable to Sleep because of this. I Could See Mr. Conner Several times Shivering, For he only has a Sleeves Smock on.

Signature: _____

(1) of (2)   12-10-17

(5)- I observed not only Mr. Conner shivering because of the coldness of the observation cells, but I seen that he had cuts on the bottom of his feet that were bleeding; as well as his keloids on the back of his head that he showed me. Mr. Conner complained that he was in pain, suffering, and experiencing extreme discomfort due to not having a blanket, dental care products, access to his medicated creams and lotion. The pain Mr. Conner was experiencing was very obvious.

(6)- I am aware that the clinical observational cells on Alpha unit, especially during the winter months are extremely cold, by other inmates who complained. Other than Mr. Conner. Mr. Conner also complained to me and other DOC WSPF white shirts that he is unable to shower and hasn't shower because PSU staff has denied him his medicated lotion for his skin along with soap and washcloth. While talking to Mr. Conner several times I can actually smell the funk coming through his cell door.

(7)-- I heard and observed various DOC WSPF officials: officers, Sgt.s, LT.s, and Capt.s, talk about the reason Mr. Conner was being denied his medicated creams/lotion having his blanket, soap, washcloth, dental products withheld and/or denied, was because Mr. Conner came back on clinical observation status so soon and because Mr. Conner has not been talking to PSU staff since his March 3, 2017, clinical observation placement and not because the self-harm, attempted suicide behavior while on clinical observation status. They DOC officials thought by depriving Conner of various things, he will start talking to PSU staff.

Pursuant to 28 U.S.C. 1746, I declare under the penalty of perjury the following is true and correct. The declarant is competent to testify on the matters stated.

Signature: _[signature]_

Dated this 10 day of December, 2017
WSPF-DOC Official
101 Morrison Drive
PO Box 9900
Boscobel, WI 53805

"Exhibit 41"

Medscape REFERENCE Drugs, Diseases & Procedures

# Acne Keloidalis Nuchae

- Author: Elizabeth K Satter, MD, MPH; Chief Editor: William D James, MD  more...

Updated: Jun 17, 2014

" Exhibit 42 "

## Background

Acne keloidalis nuchae (AKN) is a condition characterized by follicular-based papules and pustules that form hypertrophic or keloid-like scars. AKN typically occurs on the occipital scalp and posterior neck and develops almost exclusively in young, African-American men.[1] The term acne keloidalis nuchae is somewhat of a misnomer because the lesions do not occur as a result of acne vulgaris, but rather a folliculitis. Moreover, histologically lesions are not keloidal.[2]

Acne keloidalis nuchae was first recognized as a discrete entity in the late 1800s. Hebra was the first to describe and document this condition in 1860, under the name sycosis framboesiformis. Subsequently in 1869, Kaposi described this same condition as dermatitis papillaris capillitii.[3] The term acne keloidalis was then given to this condition in 1872 by Bazin, and, since that time, this is the name most often used in the literature.[2]

Lesions initially manifest as mildly pruritic follicular-based papules and pustules on the nape of the neck. Chronic folliculitis ultimately leads to development of keloid-like plaques. AKN develops in hair bearing skin areas, and broken hair shafts, tufted hairs, and ingrown hairs can be identified within and at the margins of the plaques themselves. Lesions can grow over time and become disfiguring and painful. In advanced cases, abscesses and sinus tracts with purulent discharge may develop. Unlike true acne vulgaris, comedones are not a common feature of AKN.

## Pathophysiology

The exact etiology of AKN is unclear. It is thought that chronic irritation from coarse, curly hairs in the skin leads to inflammation and development of these lesions. This hypothesis is supported by the fact that close shaving and chronic rubbing of the area by clothing or athletic gear make AKN worse. In a study of 453 high school, college, and professional American football players, 13.6% of African American athletes had acne keloidalis nuchae, as opposed to none of the Caucasian athletes.[4] It has also been shown that men who have haircuts more frequently than once a month are at higher risk of developing acne keloidalis nuchae.[5]

Pseudofolliculitis barbae (PFB) is a similar condition that occurs commonly in African Americans. In PFB, it has been proposed that close shaving of coarse, curved hairs facilitates the reentry of the free end of the hair into the skin, which then invokes an acute inflammatory response.

While ingrowing hairs may account for small papules, they do not sufficiently explain the progressive scarring alopecia that occurs in some patients. These patients with scarring alopecia often exhibit recurrent crops of small pustules and may have a condition akin to folliculitis decalvans. Chronic low-grade bacterial infection, autoimmunity, and some types of medication (eg, cyclosporine, diphenylhydantoin, carbamazepine) have also been implicated in the pathogenesis in some patients.[6, 7]

Sperling et al classify acne keloidalis nuchae as a primary form of inflammatory scarring alopecia and suggest that overgrowth of microorganisms does not play an essential role in the pathogenesis of AKN. They also found no association between pseudofolliculitis barbae and acne keloidalis nuchae.[8]

After extensive histological and ultrastructural studies of AKN lesions, Herzberg et al proposed that a series of events must happen in order for acne keloidalis nuchae to occur, namely the following[9]:

- The initial process begins as acute perifollicular inflammation followed by weakening of the follicular wall at the level of the lower infundibulum, the isthmus, or both.
- The naked hair shaft is then released into the surrounding dermis, which acts as a foreign body and incites further acute and chronic granulomatous inflammation. This process is clinically manifested by small follicular-based papules and pustules.
- Subsequently, fibroblasts deposit new collagen and fibrosis ensues.
- Distortion and occlusion of the follicular lumen by the fibrosis results in retention of the hair shaft in the inferior aspect of the follicle, thereby perpetuating the granulomatous inflammation and scarring. This stage is marked by plaques of hypertrophic scar.

## Epidemiology

### Frequency

#### United States

Acne keloidalis nuchae is said to represent 0.45% of all dermatoses affecting black persons.[10]

### Mortality/Morbidity

The plaques of acne keloidalis nuchae slowly expand over time, and, although medically benign, acne keloidalis nuchae can be a psychologically devastating condition. Chronic pruritus and drainage may occur, and, ultimately, scarring alopecia may ensue.

## Race

Acne keloidalis nuchae is most prevalent in African Americans; however, it has occasionally been reported in Hispanics and Asians, and, rarely, in whites.

## Sex

Although early literature inferred that acne keloidalis nuchae only affects males, it is now known to occur in females, with a male-to-female ratio of approximately 20:1.[11]

## Age

Most cases occur in persons aged 14-25 years. Lesions manifesting prior to puberty or in persons older than 50 years is unusual.[8]

## Contributor Information and Disclosures

Author
**Elizabeth K Satter, MD, MPH**  Department of Dermatology, Sharp Rees-Stealy Medical Group

Elizabeth K Satter, MD, MPH is a member of the following medical societies: Alpha Omega Alpha and American Medical Women's Association

Disclosure: Nothing to disclose.

Specialty Editor Board
**Joshua A Zeichner, MD**  Assistant Professor, Director of Cosmetic and Clinical Research, Mount Sinai School of Medicine; Chief of Dermatology, Institute for Family Health at North General

Joshua A Zeichner, MD is a member of the following medical societies: American Academy of Dermatology, American Acne and Rosacea Society, and National Psoriasis Foundation

Disclosure: Valeant Consulting fee Consulting; Medicis Grant/research funds Other; Galderma Consulting fee Consulting; Promius Consulting fee Consulting; Pharmaderm Consulting fee Consulting; Onset Consulting fee Consulting

**David F Butler, MD**  Section Chief of Dermatology, Central Texas Veterans Healthcare System; Professor of Dermatology, Texas A&M University College of Medicine; Founding Chair, Department of Dermatology, Scott and White Clinic

David F Butler, MD is a member of the following medical societies: Alpha Omega Alpha, American Academy of Dermatology, American Medical Association, American Society for Dermatologic Surgery, American Society for MOHS Surgery, Association of Military Dermatologists, and Phi Beta Kappa

Disclosure: Nothing to disclose.

**John G Albertini, MD**  Private Practice, The Skin Surgery Center; Clinical Associate Professor (Volunteer), Department of Plastic and Reconstructive Surgery, Wake Forest University School of Medicine; President-Elect, American College of Mohs Surgery

John G Albertini, MD is a member of the following medical societies: American Academy of Dermatology and American College of Mohs Surgery

Disclosure: Genentech Grant/research funds Investigator

**Glen H Crawford, MD**  Assistant Clinical Professor, Department of Dermatology, University of Pennsylvania School of Medicine; Chief, Division of Dermatology, The Pennsylvania Hospital

Glen H Crawford, MD is a member of the following medical societies: Alpha Omega Alpha, American Academy of Dermatology, American Medical Association, Phi Beta Kappa, and Society of USAF Flight Surgeons

Disclosure: Abvie Honoraria Speaking and teaching

Chief Editor
**William D James, MD**  Paul R Gross Professor of Dermatology, Vice-Chairman, Residency Program Director, Department of Dermatology, University of Pennsylvania School of Medicine

William D James, MD is a member of the following medical societies: American Academy of Dermatology and Society for Investigative Dermatology

Disclosure: Nothing to disclose.

Additional Contributors
**A Paul Kelly, MD** Chief, Clinical Professor, Department of Internal Medicine, Division of Dermatology, King/Drew Medical Center, Charles Drew University of Medicine and Science

A Paul Kelly, MD is a member of the following medical societies: American Academy of Dermatology, American Dermatological Association, American Medical Association, American Society for Dermatologic Surgery, National Medical Association, and Pacific Dermatologic Association

Disclosure: Nothing to disclose.

. .....p R Letada, MD Dermatologist, Associates in Dermatology, Hampton, VA