Scott Walker
Governor

Jon Litscher
Secretary



Mailing Address

Wisconsin Secure Program Facility
Health Services Unit
P O. Box 1000
Boscobel, WI 53805

# State of Wisconsin
# Department of Corrections

## CERTIFICATION OF RECORDS

I, ___Jolinda Waterman___     Record Custodian/designee for   __Wisconsin Secure Program Facility__
   First Name, Last Name                                                                  Facility/Office

do hereby certify that I have compared the attached copies of the documents pertaining to

___Conner, Eric___                          #420475

First Name, Last Name of Offender or Employee          x☐ DOC Number (offender records) OR ☐ Date of Birth (employee records)

that are in the custody of the Wisconsin Department of Corrections and to the best of my knowledge, the

___254___   pages being provided comprise true and correct copies of those documents requested.
 Number

CHECK ONE OF THE BOXES BELOW

☐ Copy of the Original Request Attached
   or
x☐ Documents Described Below

___Jolinda Waterman___
Record Custodian/Designee

___1-24-18___
Date Signed

NOTE This form does not need to be notarized

DEPARTMENT OF CORRECTIONS
Division of Management Services
DOC-2309 (Rev 10/2012)

WISCONSIN
Wisconsin Statute
§ 909 02(4)

EXHIBIT 1000 - 1

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3496 (1/2009)

WISCONSIN

## PSYCHIATRIC REPORT - TRANSFER OF CARE

| PATIENT NAME (Last, First) | DATE OF APPOINTMENT | FACILITY (via TELEPSYCHIATRY) |
|---|---|---|
| CONNER, ERIC | 02/10/2017 | Wisconsin Secure Program Facility |
| PSYCHIATRIST NAME (Last, First) | DOC NUMBER | DATE OF BIRTH |
| Strelnick, Karl | 420475 | |

### NARRATIVE:
The patient transfers from WCI carrying a diagnosis of posttraumatic stress disorder with nightmare disorder and alcohol use disorder. He is on trazodone for sleep, prazosin to prevent nightmares and Mouth Kote Dry Mouth Spray He wants to continue the trazodone because it is helpful, and he says the Mouth Kote Dry Mouth Spray is effective. He wants prazosin stopped and in fact he stopped taking a week or two ago. His reasoning for stopping it is that it interferes with his communication with John who was his homicide victim. He says that he takes both trazodone and prazosin and he sleeps too deeply to be in communication with John. The story is given in a dramatic fashion and there is no psychotic tone. It is more child like  I agreed to stop prazosin.

### CURRENT MEDICATIONS:
1. Trazodone 200 milligrams at bedtime as needed for sleep.
2. Prazosin 15 milligrams at bedtime.
3. Mouth Kote Dry Mouth Spray as needed.
4. Ibuprofen 800 milligrams two times a day

### MENTAL STATUS EXAMINATION:
The patient presents as a 29-year-old African-American male in typical prison dress with adequate hygiene and grooming. He is calm and cooperative. There are no unusual movements and no psychomotor changes Speech is normal rate, normal tone, and normal volume without pressure Affect is mildly labile. Mood is mildly anxious. Thought processes are goal directed and logical He denies suicidal or homicidal ideation. There are no hallucinations or delusions. He says that he has been in communication with his murder victim John who wants him off of prazosin which interferes with their communication. He continues to have nightmares at the decreased rate of three to four times a week despite stopping prazosin He is alert and oriented to time, place, and person. His short-term and long-term memory is intact His insight is fair His judgment is fair.

### IMPRESSION:
The patient says that the mouth spray and trazodone are effective and wants to continue them. He says prazosin decreased nightmares a little but he thinks it interferes with his communicating with the murder victim, John, so wants it stopped. According to the patient, he stopped the medication one or two weeks ago. There has been no change in nightmares since this stop

### DIAGNOSES:
1 Posttraumatic stress disorder with nightmare disorder.
2. Rule out personality disorder, unspecified.
3. Alcohol use disorder, in a controlled environment

### TREATMENT PLAN:
1. Continue trazodone 200 milligrams at bedtime as needed for sleep
2. Stop prazosin.
3. Continue Mouth Kote Dry Mouth Spray as needed.

### FOLLOW-UP INTERVAL (APPOINTMENT):
Return to clinic in eight weeks.

INITIALS OF TRANSCRIBER  DSK          DATE DICTATED 02/10/2017          DATE TRANSCRIBED 02/11/2017

**EXHIBIT 1000 - 2**

| PATIENT NAME (Last, First) | DATE OF APPOINTMENT | FACILITY (via TELEPSYCHIATRY) |
|---|---|---|
| CONNER, ERIC | 02/10/2017 | Wisconsin Secure Program Facility |
| PSYCHIATRIST NAME (Last, First) | DOC NUMBER | DATE OF BIRTH |
| Strelnick, Karl | 420475 | |

**++ THIS DOCUMENT IS A DRAFT UNLESS AN ELECTRONIC SIGNATURE IS PRESENT BELOW ++**

Electronically signed by: Strelnick, Karl M.D. on 02/15/2017 20 57.10

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3388 (Rev 7/2014)

# HEALTH & PSYCHOLOGICAL ROUNDS IN SEGREGATION

NAME (LAST, FIRST or use label).

Connor Eric

| | | | | |
|---|---|---|---|---|
| DOB: | DOC #: 420495 | FACILITY: WSPF |

Date HSU Notified of Segregation Placement.    Medical Chart Reviewed by:    Date:

☐ No contraindications    ☐ Medical contraindications (if checked, see Progress Note)

Check box to indicate type of round    ☒ MEDICAL ROUND    ☐ PSYCHOLOGICAL ROUND

| Date of Round | Time of Round | Responsive (Explain "No" in Comments) | | Complaints (Explain "Yes" in Comments) | | Signs of Injury /Illness (Explain "Yes" in Comments) | | Mental Health Concerns (Explain "Yes" in comments) | | Comments – when indicated in columns to the left (Record in Progress Notes if More Room is Needed) | Staff Name & Credentials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | Yes | No | | |
| 1-29-17 | 1730 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | movement noted | RF RN |
| 2-5-17 | 1800 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | Advised supervisor ↑ back questions about 2900 results | BB, RN |
| 2-13-17 | 0830 | ☒ | ☐ | ☐ | ☒ | ☒ | ☐ | ☐ | ☒ | talked at cell front | G.Geiger |
| 2-14-17 | 0520 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | laying on floor, movement noted | BF RN |
| 2-14-17 | 0830 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | stood at C.F. – masticating gel caps out of wrappers | BB, RN |
| 2-15-17 | 0515 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | laying on floor, movement noted | BF RN |
| 2-15-17 | 1615 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | Talking At Cell Front | GL RN |
| 2-16-17 | | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | Talking at cell Front | GL RN |
| 2-17-17 | 0525 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | laying on floor, movement noted | BF RN |

DISTRIBUTION: Original – For Medical Rounds Medical Chart, Flow Sheet Section. For Psychological Rounds PSU Record, Referrals/Screening/Contacts Section

**EXHIBIT 1000 - 4**

# HEALTH & PSYCHOLOGICAL ROUNDS IN SEGREGATION

NAME (LAST, FIRST or use label): Conne Eric

DOB:

DOC #: 420475

FACILITY: WSPF

Date HSU Notified of Segregation Placement:

Medical Chart Reviewed by:

Date:

☐ No contraindications  ☐ Medical contraindications (if checked, see Progress Note)

Check box to indicate type of round

☒ MEDICAL ROUND  ☐ PSYCHOLOGICAL ROUND

| Date of Round | Time of Round | Responsive (Explain "No" in Comments) | | Complaints (Explain "Yes" in Comments) | | Signs of Injury /Illness. (Explain "Yes" in Comments) | | Mental Health Concerns (Explain "Yes" in comments) | | Comments – when indicated in columns to the left (Record in Progress Notes if More Room is Needed) | Staff Name & Credentials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Yes | No | Yes | No | Yes | No | Yes | No | | |
| 2-18-17 | 1630 | ☒ | ☐ | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | noted adding lotion murcan cream on camera | RF-RN |
| 2.18.17 | 0515 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | laying on floor Movement noted | BS-MN |
| 2.19.17 | 0500 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | Laying on floor, Movement noted | BS. M |
| (app cam) 2.19.17 | 2030 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | | G4-RN |
| 2.20.17 (app cam) | | | | | | | | | | | |
| 4.21.17 | 0515 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | Laying on floor, movement noted | BS. N |
| 4.21-17 | 2030 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | Took HS meds | GL.RN |
| 4.3.17 | 0455 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | Laying on floor, movement noted | MM |
| 4.5.17 | 0510 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | Off cf took meds | MFM |
| 4.6.17 | 0530 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | laying on floor, movement noted | BS-RN |

DISTRIBUTION: Original – For Medical Rounds' Medical Chart, Flow Sheet Section  For Psychological Rounds' PSU Record, Referrals/Screening/Contacts Section

EXHIBIT 1000 - 5

# HEALTH & PSYCHOLOGICAL ROUNDS IN RESTRICTIVE HOUSING

NAME (LAST, FIRST or use label): Conner, Eric

DOB: 

DOC #: 420475

FACILITY: WSPF

Date HSU Notified of Restrictive Housing Placement: 

Medical Chart Reviewed by: 

Date: 

☐ No contraindications  ☐ Medical contraindications (If checked, see Progress Note)

Check box to indicate type of round    ☐ MEDICAL ROUND    ☐ PSYCHOLOGICAL ROUND

| Date of Round | Time of Round | Responsive Yes | Responsive No | Complaints (Explain "Yes" in Comments) Yes | Complaints No | Signs of Injury /Illness (Explain "Yes" in Comments) Yes | Signs of Injury /Illness No | Mental Health Concerns (Explain "Yes" in comments) Yes | Mental Health Concerns No | Comments — when indicated in columns to the left (Record in Progress Notes if More Room is Needed) | Staff Name & Credentials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/4/17 | 1145 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | States "OK" Standing @ cell front | OWR, |
| 12/7/17 | 1850 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | Talk to RN @ C.F. wonders about lotions in obs | BH, RN |
| 12/26/17 | 0715 | ☒ | ☐ | ☐ | ☒ | ☒ | ☐ | ☐ | ☒ | Talked @ CF, took AM meds | BH, RN |
| 12/25/17 | 1615 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | Talks to RN @ C.F. No complaints | BH, RN |
| 12/26/17 | 1430 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | recent note d | MFL |
| 12/27/17 | 0525 | ☒ | ☐ | ☐ | ☒ | ☒ | ☐ | ☒ | ☐ | laying on floor, movement noted | BE, RN |
| 1-27-17 | 1945 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | meds @ cell front, 0̸ complaints | NE  RN |
| 12/27/17 | 0815 | ☐ | ☒ | ☒ | ☐ | ☒ | ☐ | ☐ | ☒ | Standing @ C.F. | BJK, PN |
| 1.17 | 2000 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | Standing @ cell front | Closer, RN |

STRIBUTION: Orginal – For Medical Rounds  Medical Chart, Flow Sheet Section  For Psychological Rounds: PSU Record, Referrals/Screening/Contacts Section

EXHIBIT 1000 - 6

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3021 (Rev 8/2007)

**WISCONSIN**

## PROGRESS NOTES

**CONNER, Eric**

#420475

DOC NUMBER

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|------|------|-------------------------------------------------------|
| | | DATE 2-22-17 REFUSED scheduled lab draw today. DOC 3220 Refusal of Recommended treatment sent or presented to patient for signature. 🖉 Mm |
| | | |
| | | |
| 2-25-17 | 1515 | RN to unit for Alpha med pass. RN asked per security, Lt. Chidanauts to assess pt. and apply cream to feet if needed in Unit HSU Vitals taken. BP - 148/97, P-74, T-98. N↓ ℅ pain. Pt's feet were washed a betasept, rinsed & dried. Mineserin cream applied to both feet. Pt. was then taken back to observation cell. — B. Kramer, RN |
| 2-25-17 | 1515 | Pt's feet were red very dry, but skin was intact. B. Kramer, RN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**EXHIBIT 1000 - 7**

**DEPARTMENT OF CORRECTIONS**
Division of Adult Institutions
DOC-3035 (Rev. 9/2016)

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

**WISCONSIN**
Adm Code
Ch DOC 316

## é NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇔

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Conner | Eric | 420475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| WSPF | Alpha Unit-415 | 3-2-17 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**
**AGREEMENT BY PATIENT.**
I understand the following
- The Department of Corrections shall charge a copayment of $7 50 for a visit (face to face contact) initiated by a patient when a copayment is required
- I will not be denied care if I am unable to pay the copayment
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required

PATIENT SIGNATURE
▶ N/A

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

**TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION**
Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided. Place all 4 pages of the completed form in the sick call box  The HSU will send a copy back to you indicating that your request has been received

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☒ OTHER:  Nurse Practitioner & To HSU Manager.

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I would like the 2-22-17 blood
draw & stool sample & I was on
observation status.

| | DATE RECEIVED: TO BE STAMPED BY HSU |
|---|---|
| | MAR 0 3 2017 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

**PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY**

**HSU RESPONSE** Check appropriate box below.  Add written comments / information as needed.

☐ Nursing Sick Call·  ☐ Today  ☐ Date (if not today)·
☐ Scheduled to be seen in HSU  ☐ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation ☐ Optical ☐ Other.
☐ Refer HSR to·  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical ☐ Other.
☐ Refer for copies only·   ☐ Refer for Health Care Record review appointment.
☐ Educational material attached (Specify)   ☐ Other.

COMMENT / INFORMATION

We will reschedule it. Yes you can have
creams, will disperse off cart - ?

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| Wella RN | 3/3/17 |

**ORIGINAL - PATIENT REQUEST FOLDER**

EXHIBIT 1000 - 8

3-2-17

From: Eric Conner #420475
To: HSU Manager.

Dear HSU Manager:

I was told by nurse woods on 3-1-17, per you, that I could not receive my foot cream or skin lotion while I was on observation status. My feet gets really dry skin cracks and hurts. If I'm not given these creams. Regarless of my status, to not given me these medical creams for a medical problem is deliberate Indifference; a violation of my prisoner rights.

I just came out of observation after being on it since 2-13-17. I will be going back on on 3-3-17. I would like for you to give the OK to all nurses just like Capt. Eser has, to allow me to receive these creams

O.C.



EXHIBIT 1000 - 9

# NURSING ENCOUNTER PROTOCOLS
(see DOC3639A for completion guidelines)

| PATIENT NAME (Last, First) | DOC NUMBER | DATE | TIME |
|---|---|---|---|
| Conner, Eric | 420475 | 3.5.17 | 17/5 |

**ENCOUNTER INITIATED BY:** ☐ HSR/DSR/PSR  Date _____ ☒ Patient Verbal Request ☐ Staff Request Other (List) _____

**History Information Received From:** ☒ Patient ☐ Patient unable to provide any information ☐ Staff

☐ HSU staff responded to scene ☒ Patient presented to HSU ☒ Ambulatory ☐ W/C ☐ Cart ☐ Other (list) _____

| PERTINENT PAST MEDICAL HISTORY | CHIEF COMPLAINT |
|---|---|
| | Pain In Rectum c defecating |

**SUBJECTIVE**

" Blood In Stool ... Pain c sitting and Pain c defecating "

**OBJECTIVE**

A3A x 3, No Acute s/s of Distress

**ALLERGIES**

☐ Medication Profile Reviewed ☐ Tetanus Up to Date (If Applicable)

**VITAL SIGNS/SYSTEMS ASSESSMENT** (Record assessment data and check all that apply and write any additional notes on 2nd page)

| Temperature | ☐ Oral ☐ Axillary ☐ Rectal ☐ Tympanic | 70 Pulse | ☒ Radial ☐ Apical ☐ Regular ☐ Irregular |
|---|---|---|---|
| Respirations /6 | SpO2 99 ☒ RA ☐ O2@ ___ L/PM  PEAK FLOWS· | | BLOOD GLUCOSE: |
| Laying B/P | P  Sitting B/P /6/ /10  P  Standing B/P ___ P | WT 200 | ☒ LOSS ☐ GAIN /4# MONTHS 6 |

**PAIN** | PAIN LOCATION. Rectum | ONSET:

DESCRIPTION Reports Pain Sitting In Rectum | INTENSITY (0 -10)· 9 /10 | WORST PAIN RATING: ___ /10

TOLERABLE LEVEL· ___ /10  PAIN RELIEF INTERVENTIONS ___

**PSYCHOLOGICAL**

☒ Assessed with No Apparent Abnormalities ☐ Not Assessed

☐ Disoriented ☐ Hallucinations ☐ Delusions

☐ Disheveled ☐ Flat ☐ Anxious ☐ Depressed ☐ Insomnia

☐ Argumentative ☐ Angry ☐ Tearful ☐ Suicidal Ideations ☐ Self Harm

**RESPIRATORY**

☒ Assessed with No Apparent Abnormalities ☐ Not Assessed

☐ Asymmetrical ☐ Tachypnea ☐ Bradypnea ☐ Dyspnea

☐ Barrel Chest ☐ Shallow ☐ Orthopnea ☐ Irregular pattern

☐ Cough ☐ Productive  Sputum Color·

☐ Use of accessory muscles

| | | | | |
|---|---|---|---|---|
| RUL | ☐ Wheezes | ☐ Insp | ☐ Exp | ☐ Crackles ☐ Diminished |
| RML | ☐ Wheezes | ☐ Insp | ☐ Exp | ☐ Crackles ☐ Diminished |
| RLL | ☐ Wheezes | ☐ Insp | ☐ Exp | ☐ Crackles ☐ Diminished |
| LUL | ☐ Wheezes | ☐ Insp | ☐ Exp | ☐ Crackles ☐ Diminished |
| LLL | ☐ Wheezes | ☐ Insp | ☐ Exp | ☐ Crackles ☐ Diminished |

**GASTROINTESTINAL**

☒ Assessed with No Apparent Abnormalities ☐ Not Assessed

Last BM: ☐ Constipation ☐ Frequent Use of Laxatives

☐ Diarrhea ___ /24 hours ☐ Nausea ☐ Vomiting ___ /24 hours

☐ Chewing Difficulty ☐ Swallowing Difficulty ☐ Anorexia

ABDOMEN ☐ Distention ☐ Rigidity ☐ Rebound Tenderness

| | | | | |
|---|---|---|---|---|
| RUQ | ☐ Hyperactive | ☐ Hypoactive | ☐ Absent | ☐ Tenderness |
| Q | ☐ Hyperactive | ☐ Hypoactive | ☐ Absent | ☐ Tenderness |
| | ☐ Hyperactive | ☐ Hypoactive | ☐ Absent | ☐ Tenderness |
| LLQ | ☐ Hyperactive | ☐ Hypoactive | ☐ Absent | ☐ Tenderness |

**EENT**

☐ Assessed with No Apparent Abnormalities ☒ Not Assessed

EAR ☐ Right ☐ Left ☐ Pain ☐ Redness ☐ Drainage ☐ Cerumen

☐ Decreased/Difficulty Hearing ☐ Dull/Bulging Tympanic Membrane

EYE ☐ Right ☐ Left ☐ Pain ☐ Redness ☐ Drainage

Snellen· Left ___/___ Right ___/___ Both ___/___

THROAT ☐ Red ☐ Exudate ☐ Neck Lymph Node Swelling

ORAL MUCOSA ☐ Dry ☐ Sores· ☐ Lesions ☐ Bleeding

NOSE ☐ Nasal Drainage ☐ Nasal Irritation ☐ Sinus Tenderness

Dental Issues Require: Dental Pain/Swelling/Bleeding Encounter.
☐ DOC-3648 Dental Pain/Swelling/Bleeding Questionnaire

**CARDIOVASCULAR**

☒ Assessed with No Apparent Abnormalities ☐ Not Assessed

☐ Tachycardia ☐ Bradycardia ☐ Irregular ☐ Palpitations ☐ Fatigue

☐ Chest Pain/Angina ☐ Diaphoresis ☐ Numbness ☐ Tingling

Heart Sounds: Cap refill ☐ >3 sec. ☐ < 3 sec

Edema  Location· Edema ☐ Pitting: ☐ Non Pitting·

**GENITOURINARY- REPRODUCTIVE**

☐ Assessed with No Apparent Abnormalities ☒ Not Assessed

☐ Hematuria ☐ Urine Cloudy ☐ Urine Odor ☐ Flank Pain ☐ Dysuria

☐ Hesitancy ☐ Burning ☐ Nocturia ☐ Frequency ☐ Lesions ☐ Discharge

☐ Current/Frequent Diagnosis of UTI ☐ Foley

LMP: ☐ Menopause ☐ Pregnant  EDC·

Last Pap Smear ___ Last Mammogram. ___

☐ Breast Lump ☐ Nipple Discharge ☐ Breast Pain

☐ Testicular Swelling ☐ Penis Lesions

DISTRIBUTION  Original – Medical Chart, Progress Notes Section

**EXHIBIT 1000 - 10**

| PATIENT NAME (Last, First) | | DOC NUMBER | DATE | TIME |
|---|---|---|---|---|
| Conner, Eric | | 420475 | 3.5.17 | 1715 |

**NEUROLOGICAL**

- ☒ Assessed with No Apparent Abnormalities ☐ Not Assessed
- ☐ Seizure Activity _____ minutes
- ☐ Confused ☐ Person ☐ Place ☐ Time
- ☐ Unresponsive ☐ Comatose ☐ Lethargic
- ☐ Aphasia ☐ Garbled Speech ☐ Slurred Speech ☐ Combative
- ☐ Headache ☐ Dizziness ☐ Numbness Location
- ☐ Paralysis Right ☐ Upper ☐ Lower Left ☐ Upper ☐ Lower
- ☐ Weakness Right ☐ Upper ☐ Lower Left ☐ Upper ☐ Lower
- PUPILS ☐ Unequal ☐ Sluggish ☐ Nonreactive ☐ Pinpoint ☐ Dilated

For full neurological assessment and/or ongoing monitoring link to form ☐ DOC-3424F Neurological Assessment Flow Sheet

**DERMATOLOGICAL**

- ☐ Assessed with No Apparent Abnormalities ☒ Not Assessed
- PROBLEM LOCATION
- ☐ Poor Turgor ☐ Diaphoretic ☐ Moist ☐ Hot ☐ Flushed ☐ Cool
- ☐ Clammy ☐ Pale ☐ Cyanotic ☐ Mottled ☐ Jaundice ☐ Itching
- ☐ Rash ☐ Redness ☐ Laceration ☐ Abrasion ☐ Macule ☐ Papule
- ☐ Nodule ☐ Vesicle ☐ Bulla ☐ Pustule
- BURN ☐ Partial Thickness ☐ Full Thickness
- ☐ Pressure Ulcer
- Any wounds require a Wound Care Flow Sheet DOC3024A Wound Care Initial Assessment ☐ DOC-3024A Wound Care Initial Assessment

**MUSCULOSKELETAL**

- ☐ Assessed with No Apparent Abnormalities ☒ Not Assessed
- ☐ CMS Abnormalities ☐ ROM Limitations ☐ Crepitus
- ☐ Shortening ☐ Rotation ☐ Unable to Bear Weight
- Problem Location
- ☐ Deformity ☐ Swelling/edema ☐ Bruising
- ☐ Muscle Cramps/spasms ☐ Calf Tenderness

**Additional Progress Notes:** Patient c/o Pain In return E defecating, Blood In stool & Pain E sitting. Chart Review, Patient has Hx hemorroid. Reports Bright Red Blood on stool & on paper. Patient had seen ACP In February. Patient refused his Blood work. Patient In observation for suicidal ideations, unable to have hemmocult supplies In obs cell. Patient Questions colon-Rectal cancer. Reassurance given Sx go along F hemorroid and given Hx of hemorroids. Patient Also had c/o Abd Pain and Reports Lactaid Is not working & Questions Lactose free diet. Requesting to see ACP For ongoing Abd Pain and Rectal Bleeding. ————————————— — R ——

**PROTOCOLS UTILIZED/NO APPLICABLE PROTOCOL**

**NURSING DIAGNOSIS**

Acute Pain R/t Rectal Pain

**INTERVENTIONS PROVIDED**

Nursing Assessment

**EDUCATION PROVIDED**

Hemorroid Sx

☒ Expresses Understanding of Instructions Provided

**REFERRAL TO ADVANCED CARE PROVIDER**

| ☐ Stat Referral Off-site | ☐ Stat Referral On-site | ☐ Stat Referral to On-Call | ACP Name: | Date. | Time: |
|---|---|---|---|---|---|
| ☐ Referred to ACP Chart Review Only | | Date/Time/Initials of ACP Review | | ☐ No Referral Necessary | |
| Schedule ACP Face to Face | ☐ Within 24 Hours | ☒ Within 7 days | ☐ Within 14 days | ☐ Within 30 days | |

**NURSING FOLLOW-UP**

☒ No follow-up necessary ☐ Nursing Follow-up scheduled (list date)    ☒ Patient advised to submit HSR PRN if no improvement

| REGISTERED NURSE SIGNATURE | DATE SIGNED | |
|---|---|---|
| G. Lee, RN / 8 hr, RN | 3.5.17 | Copay Charged: ☐ Yes ☒ No |

DISTRIBUTION Original – Medical Chart, Progress Notes Section

**EXHIBIT 1000 - 11**

| PATIENT NAME Last | | First | | MI | DOC NUMBER |
|---|---|---|---|---|---|
| Conner, Eric | | | | | 420475 |

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|---|---|---|
| 03/07/7 | 1430 | 29 y.o. male enters the clinic c/o ongoing epigastric problems. S: As above. States that pain in abdomen & disappears unchanged c̄ use of Lactaid. Pt believes he has an allergy to lactose. |
| | | O: VS: 112/62 — 68 — 18. Abd: Flat, BS✗4. NT/ND. A: Epigastric distress P: D/C Lactaid. Lab: RAST test for cow's milk. _____ Sandra Thiele NP |
| 3/8/17 | 1300 | Pt seen @ C.F. Unit staff had reported that Pt had eaten breakfast and would not be able to have fasting lab work. Pt states he did not eat breakfast, he just chewed it up and spit it out. Will schedule labs for next week ———— N. Bethel RN |
| 3-8-17 | 1415 | At 2400, RN received phone call from Lt Leffler stating that there is no need for RN on call to come to institution - pt will be removed from full bed restraints. ———— B. Tranogen |
| | | DATE 3-15-17 Pt seen in HSU on unit for lab draw. Pt was explained risks and benefit of lab BMP, ~~GLUC~~, GLYA, draw. HGB/HCT, LIPDPL Rast- cow milk N. Bethel RN |

EXHIBIT 1000 - 12

# HEALTH & PSYCHOLOGICAL ROUNDS IN RESTRICTIVE HOUSING

NAME (LAST, FIRST or use label): Conner, Eric

DOB: ____  DOC #: 420475  FACILITY: WSPF

Date HSU Notified of Restrictive Housing Placement ____  Medical Chart Reviewed by ____  Date ____

☐ No contraindications   ☐ Medical contraindications (if checked, see Progress Note)

Check box to indicate type of round   ☐ MEDICAL ROUND   ☐ PSYCHOLOGICAL ROUND

| Date of Round | Time of Round | Responsive Yes | Responsive No | Complaints (Explain "Yes" in Comments) Yes | Complaints No | Signs of Injury/Illness (Explain "Yes" in Comments) Yes | Signs No | Mental Health Concerns (Explain "Yes" in comments) Yes | Mental No | Comments – when indicated in columns to the left (Record in Progress Notes if More Room is Needed) | Staff Name & Credentials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/07/17 | 2210 | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ | lying on floor by toilet - BP to speak to C.O. acc. C.F. BS, RN | BS, RN |
| 1/11/17 | 07:00 | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ | sitting on floor, acknowledged RN | NB RN |
| 1-11-17 | 2036 | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ | standing @ cf, spoke c̄ RN | MK RN |
| 1/11/17 | 0700 | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ | Talked to RN | NB RN |
| 5-10/17 | 1500 | ☑ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☒ | Checked during R.H. Rounds | PE RN |
| 5/13/17 | 0544 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | Laying on floor, movement noted | BE RN |
| 5/11/17 | 2030 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | standing at cell front | EL RN |
| 5/17 | 0500 | ☒ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | laying on floor, movement noted | BE RN |
| 5/16 | 0715 | ☑ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☒ | sleeping | PT RN |

EXHIBIT 1000 - 13

## PROGRESS NOTES

| PATIENT NAME Last | First | DOC NUMBER |
|---|---|---|
| Conner, Eric | | 420475 |

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|---|---|---|
| 3/15/17 | 08:00 | Spoke with Pt. in Alpha HSU for lab work. Pt. c/o feet being dried and cracked. Pt. states that PSU does not allow him to have his creams or lotions while in clinical observation. Pt. encouraged to get out of clinical obs, but replies that he is going to stay there "awhile". Unit staff informed this RN that Pt. is no longer allowed to have creams + lotions in clinical obs due to him covering his camera with them. Will notify HSM. — N. Bethel RN |
| 3/15/17 | 1305 | Pt. seen in Alpha HSU. Feet soaked in Epsom salt + warm water for 5 minutes. Feet dried + Minerin cream applied. Pt is calm and cooperative — N. Bethel RN |
| 3-7-17 | 2108 | Late entry |
| 3-16-17 | 0430 | Called to unit for cell entry for placing patient in mechanical restraints. Patient was cooperative and did not verbalize any complaints during or after the process. Patient appeared calm and small area noted (approx. 3 cm x 3 cm) of reddened, swollen area to left forehead from patient banging his head purposely on his door. No other injuries noted. CMS + restraint checks completed. Pt. offered fluid + toileting — ꝑ Edl, RN |

**EXHIBIT 1000 - 14**

| PATIENT NAME Last | | First | DOC NUMBER |
|---|---|---|---|
| Conner, ~~Eric~~ PE | | Eric | 420475 |

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|---|---|---|
| 03-16-17 | 1745 | Rn attempted to see pt for ~~HSR~~ error Pt foot care daily. Pt refused to be seen. pt refused to sign DOC-3220. ___ MK RN |
| 3-17-17 | 1433 | Spoke with pt @ CF. Pt refused foot tx d/t not having shoes to put on and says the cream comes off on the cement floor. Pt informed that HSU doesn't control what is allowed in his cell. Pt informed that once he is out of observation status he won't be restricted on ~~what~~ having shoes in his cell. Pt verbalized understanding. ___ P. Edl, RN |
| 3-17-17 | 2000 | During HS med PASS, Patient c/o not receiving his foot care today. I offered to Patient to do his foot care after med PASS, Patient Refused, Reports to Late Now and getting Ready for Bed, Confirmed once more c̄ Patient that he did not want his foot care. Compliant c̄ med PASS, Denies Any other complaints at this time ___ RN |
| 3-20-17 | 0755 | Team call patient with plastic bag on head did hand it over willingly with staff directive @ assessment ___ P. Lefait |
| 3-20-17 | 0930 | Per Sgt. Wallace, pt is unable to come out for HSU RN visit of daily foot soak per security reasons. Pt. remains on Clinical observation. ___ S. Anderson |

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3220 (Rev 5/2010)

WISCONSIN
Wisconsin Statute
Section 302 384

# REFUSAL OF RECOMMENDED HEALTH CARE

| PATIENT NAME (Last, First) | DOC NUMBER | FACILITY |
|---|---|---|
| Conner, Eric | 420 475 | WSPF |

**Section One** - Notice To Patients of Potential Consequences of Refusing Recommended Health Care

You may have a medical condition that cannot be properly diagnosed and/or treated without the recommended examination/screening, test, treatment, procedure or medication  If the medical condition is not diagnosed and/or treated, your health may deteriorate possibly resulting in irreparable harm or death

**Section Two** - Patient: check all boxes which apply and explain what health care is being refused.

☐ Refuse to permit a health provider to conduct a recommended medical examination/screening

☐ Refuse to permit a specimen be obtained  Describe: _____

☒ Refuse to undergo a test/treatment/procedure.  Describe: _Foot Soak, Application of minercin_

☐ Refuse to take the prescribed medication(s) listed on the lines below

_____

_____

**Section Three** — Patient. describe your reason(s) for refusing recommended health care

_____

_____

**Section Four** Statement and signature by patient.

- I am making the decision to refuse recommended health care voluntarily.
- I understand that I do not give up my rights to receive health care to which I consent.
- The known consequences of refusing the above recommended health care have been explained to me.
- I understand that emergency care may be provided as necessary to sustain my life.

| PATIENT SIGNATURE | DATE SIGNED |
|---|---|
| | |

| WITNESS SIGNATURE | DATE SIGNED |
|---|---|
| P. Edl, RN | 3-17-17 |

| WITNESS SIGNATURE | DATE SIGNED |
|---|---|
| Sue Rolbo | 3-17-17 |

DISTRIBUTION: Original - Medical Chart, Consents/Refusals or Dental Record, Consents/Authorizations Section

**EXHIBIT 1000 - 16**

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3220 (Rev 5/2010)

WISCONSIN
Wisconsin Statute
Section 302 384

## REFUSAL OF RECOMMENDED HEALTH CARE

| PATIENT NAME (Last, First) | DOC NUMBER | FACILITY |
|---|---|---|
| Connor   Eric | A2047S | WSPF |

**Section One** - Notice To Patients of Potential Consequences of Refusing Recommended Health Care.

You may have a medical condition that cannot be properly diagnosed and/or treated without the recommended examination/screening, test, treatment, procedure or medication   If the medical condition is not diagnosed and/or treated, your health may deteriorate possibly resulting in irreparable harm or death

**Section Two** - Patient: check all boxes which apply and explain what health care is being refused

☐ Refuse to permit a health provider to conduct a recommended medical examination/screening.

☐ Refuse to permit a specimen be obtained.  Describe. _____

☒ Refuse to undergo a test/treatment/procedure.  Describe·  _fast   care  requested  via HSR_

☐ Refuse to take the prescribed medication(s) listed on the lines below

_____

_____

_____

**Section Three** – Patient: describe your reason(s) for refusing recommended health care.

_____

_____

**Section Four**. Statement and signature by patient.

- I am making the decision to refuse recommended health care voluntarily
- I understand that I do not give up my rights to receive health care to which I consent.
- The known consequences of refusing the above recommended health care have been explained to me
- I understand that emergency care may be provided as necessary to sustain my life.

| PATIENT SIGNATURE | DATE SIGNED |
|---|---|
|  |  |
| WITNESS SIGNATURE  _Graener  C/O_ | DATE SIGNED  3-16-17 |
| WITNESS SIGNATURE  _M._____ RN_ | DATE SIGNED |

DISTRIBUTION: Original - Medical Chart, Consents/Refusals or Dental Record, Consents/Authorizations Section

**EXHIBIT 1000 - 17**

| PATIENT NAME Last | | First | | MI | DOC NUMBER |
|---|---|---|---|---|---|
| Conner | | Eric | | | 420475 |

| DATE | TIME | PROGRESS NOTES – SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|---|---|---|
| 3/21/17 | 09:00 | Pt. seen for daily foot care. Feet soaked in Epsom salt, dried, and minerin cream applied ———————————— N. Bethel RN |
| 3/22/17 | 1300 | Pt. did not want foot care done today - ———————————— N. Bethel RN |
| 3-23-17 | 0850 | Pt. refused foot care tx, DOC 3220 signed by Sgt + nurse. ———————————— C. Edle RN |
| 3-22-17 | | Called unit to ask about conducting Mr Conners HSU file review. Mr Conner is still in obs, his review will not take place until he is out of obs. He then must resubmit a request for a file review. JK OOA |
| 3.24.17 | 09:00 | Pt. refused daily foot care, as reported by Sgt. Yanske as the pt. verbally refused via intercom. DOC 3220 obtained. Pt. unable to sign d/t clinical observation status, therefore, Sgt. Yanske signed. RN to cell front to check pt. ———————————— Anderson |
| 3-25-17 | 1300 | Pt. seen for foot care. Labs reviewed with Pt. Pt. states he is suicidal because "John is trapped inside of me and the only way to set him free is to kill myself." Pt. feels like he is loosing weight. Current weight is 198 lbs. Foot care done— N. Bethel RN |
| 3-26-17 | 1800 | Pt. refuses daily foot care. Unable to sign DOC 3220 — Signed by C.O. due to Pt. being in clinical observation. Pt. Verbalizes ———————————— Evans RN |

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3220 (Rev 5/2010)

WISCONSIN
Wisconsin Statute
Section 302 384

# REFUSAL OF RECOMMENDED HEALTH CARE

| PATIENT NAME (Last, First) | DOC NUMBER | FACILITY |
|---|---|---|
| Conner, Eric | 420475 | WSPF |

**Section One** - Notice To Patients of Potential Consequences of Refusing Recommended Health Care.

You may have a medical condition that cannot be properly diagnosed and/or treated without the recommended examination/screening, test, treatment, procedure or medication. If the medical condition is not diagnosed and/or treated, your health may deteriorate possibly resulting in irreparable harm or death

**Section Two** - Patient. check all boxes which apply and explain what health care is being refused

☐ Refuse to permit a health provider to conduct a recommended medical examination/screening

☐ Refuse to permit a specimen be obtained. Describe: _____

☒ Refuse to undergo a test/treatment/procedure. Describe: _Daily Foot Care per_ _HSU_

☐ Refuse to take the prescribed medication(s) listed on the lines below.

**Section Three** – Patient: describe your reason(s) for refusing recommended health care.

**Section Four:** Statement and signature by patient.

- I am making the decision to refuse recommended health care voluntarily.
- I understand that I do not give up my rights to receive health care to which I consent.
- The known consequences of refusing the above recommended health care have been explained to me
- I understand that emergency care may be provided as necessary to sustain my life.

| PATIENT SIGNATURE | DATE SIGNED |
|---|---|
| Verbally refused - in Obs. no pens allowed | 3-26-17 |
| WITNESS SIGNATURE | DATE SIGNED |
| Sgt. Berger | 3/26 |
| WITNESS SIGNATURE | DATE SIGNED |
| B. Kramer, RN | 3-26-17 |

DISTRIBUTION: Original - Medical Chart, Consents/Refusals or Dental Record, Consents/Authorizations Section

**EXHIBIT 1000 - 19**

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3220 (Rev 5/2010)

WISCONSIN
Wisconsin Statute
Section 302 384

A401

# REFUSAL OF RECOMMENDED HEALTH CARE

| PATIENT NAME (Last, First) | DOC NUMBER | FACILITY |
|---|---|---|
| Conner, Eric | 420425 | WSPF |

**Section One** - Notice To Patients of Potential Consequences of Refusing Recommended Health Care.

You may have a medical condition that cannot be properly diagnosed and/or treated without the recommended examination/screening, test, treatment, procedure or medication. If the medical condition is not diagnosed and/or treated, your health may deteriorate possibly resulting in irreparable harm or death.

**Section Two** - Patient: check all boxes which apply and explain what health care is being refused.

☒ Refuse to permit a health provider to conduct a recommended medical examination/screening. _daily footcare_

☐ Refuse to permit a specimen be obtained. Describe: _____

☐ Refuse to undergo a test/treatment/procedure. Describe: _____

☐ Refuse to take the prescribed medication(s) listed on the lines below.

_____

_____

_____

**Section Three** – Patient: describe your reason(s) for refusing recommended health care.

_____

_____

**Section Four:** Statement and signature by patient.

- I am making the decision to refuse recommended health care voluntarily.
- I understand that I do not give up my rights to receive health care to which I consent.
- The known consequences of refusing the above recommended health care have been explained to me.
- I understand that emergency care may be provided as necessary to sustain my life.

| PATIENT SIGNATURE | DATE SIGNED |
|---|---|
| X _On Clinical observation - unable to sign_ | 3.24.17 |

| WITNESS SIGNATURE | DATE SIGNED |
|---|---|
| Sgt. Yang | 3/24/17 |

| WITNESS SIGNATURE | DATE SIGNED |
|---|---|
| J Nelson RN | 3.24.17 |

DISTRIBUTION: Original - Medical Chart, Consents/Refusals or Dental Record, Consents/Authorizations Section

**EXHIBIT 1000 - 20**

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3220 (Rev 5/2010)

WISCONSIN
Wisconsin Statute
Section 302 384

## REFUSAL OF RECOMMENDED HEALTH CARE

| P/ **CONNER, Eric** | DOC NUMBER | FACILITY |
|---|---|---|
| **DOC#:** 420475  DOB: | | WSPF |

**Section One** - Notice To Patients of Potential Consequences of Refusing Recommended Health Care

You may have a medical condition that cannot be properly diagnosed and/or treated without the recommended examination/screening, test, treatment, procedure or medication. If the medical condition is not diagnosed and/or treated, your health may deteriorate possibly resulting in irreparable harm or death

**Section Two** - Patient. check all boxes which apply and explain what health care is being refused

☐ Refuse to permit a health provider to conduct a recommended medical examination/screening.

☐ Refuse to permit a specimen be obtained  Describe:

☒ Refuse to undergo a test/treatment/procedure  Describe.  HSU foot care treatment

☐ Refuse to take the prescribed medication(s) listed on the lines below.

**Section Three** – Patient. describe your reason(s) for refusing recommended health care.

**Section Four** Statement and signature by patient.

- I am making the decision to refuse recommended health care voluntarily
- I understand that I do not give up my rights to receive health care to which I consent
- The known consequences of refusing the above recommended health care have been explained to me
- I understand that emergency care may be provided as necessary to sustain my life

| PATIENT SIGNATURE | DATE SIGNED |
|---|---|
| | |
| WITNESS SIGNATURE  Sgt. Yansh | DATE SIGNED  3/23/17 |
| WITNESS SIGNATURE  J. Edl, RN | DATE SIGNED  3-23-17 |

DISTRIBUTION: Original - Medical Chart, Consents/Refusals or Dental Record, Consents/Authorizations Section

**EXHIBIT 1000 - 21**

**HEALTH SERVICE REQUEST
AND COPAYMENT DISBURSEMENT AUTHORIZATION**

WISCONSIN
Adm Code
Ch DOC 316

## ☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ☜

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Conner | Eric | 420475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| WSPF | A 402 | 3/26/17 |

### COPAYMENT DISBURSEMENT REQUEST SECTION
AGREEMENT BY PATIENT:

I understand the following
- The Department of Corrections shall charge a copayment of $7 50 for a visit (face to face contact) initiated by a patient when a copayment is required.
- I will not be denied care if I am unable to pay the copayment
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required

PATIENT SIGNATURE
▶ Officer Mowlyn I/M in OBS

---

**TO BE COMPLETED BY HSU ONLY**
☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL
Charge Copayment: ☐ Yes ☐ No

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
| | |

---

## TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided  Place all 4 pages of the completed form in the sick call box  The HSU will send a copy back to you indicating that your request has been received

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☒ OTHER   HSU Manager / Provider

Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.

I would like my Skin lotions toothers I've been unable
to Shower because I'm unable to use my Skin lotion
after I get out of Showering causing me to get dry
Skin Please allow me to recive my Skin lotions.

| | DATE RECEIVED: TO BE STAMPED BY HSU |
|---|---|
| | MAR 27 2017 |

FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.

## PATIENT: DO NOT WRITE BELOW THIS LINE  —  TO BE COMPLETED BY HSU ONLY

HSU RESPONSE Check appropriate box below.  Add written comments / information as needed

☐ Nursing Sick Call·   ☐ Today   ☐ Date (if not today).
☐ Scheduled to be seen in HSU   ☐ ACP   ☐ RN/LPN   ☐ Special Needs Evaluation   ☐ Optical   ☐ Other
☐ Refer HSR to·   ☐ ACP   ☒ HSU Manager   ☐ Psychiatrist   ☐ MPAA   ☐ Optical   ☐ Other
☐ Refer for copies only.   ☐ Refer for Health Care Record review appointment
☐ Educational material attached (Specify)·   ☐ Other.

COMMENT / INFORMATION
Mr Conner, You can not have any lotions or creams as you
cover your camera. It is a PSU decision, because you
continue to threaten self harm and remain in clinical
Observation status  The nurses can schedule lotion application at HSU

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| JWesterman Rn HSU | 3/27/17 |

**ORIGINAL - PATIENT REQUEST FOLDER**

**EXHIBIT 1000 - 22**

| PATIENT NAME Last | | First | MI | DOC NUMBER |
|---|---|---|---|---|
| Conner | | Eric | | |

| DATE | TIME | PROGRESS NOTES ~ SUBJECT, OBJECTIVE, ASSESSMENT, PLAN |
|---|---|---|
| 3/31/17 | | 1530 Foot care completed next during foot care patient to sit in wide stance while nurse was drying feet off note patient has only smirk on patient exposing himself patient instructed at this time to help with his foot care patient argumentative but did comply ———— RN |
| 4-3-17 | 1738 | Pt refused to come to HSU for foot care. DOC 3220 obtained. ———— PEDI RN |
| 4/5/17 | 0800 | Pt. refused lab work, rescheduled for next week ———— N. Bethel RN |
| 04/07/17 | 1400 | 30 y/o. A-A male enters A/p to HSU c c/o generalized body aches c As above Pt is concerned that the trays he receives in observation are smaller in calories than regular trays. O. 123/87 - 59 - 18 ct: 195# BMT: 30. A: 1 Myalgia 2 Nutritional concerns P: 1 Recommended use of Ibuprofen or lido caine cream tid. 2 Will check c dietary re # calories in observation trays vs regular trays c current weight is about 11# less than in January. ———— Sandra [signature] |

EXHIBIT 1000 - 23

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-3220 (Rev 5/2010)

WISCONSIN
Wisconsin Statute
Section 302 384

# REFUSAL OF RECOMMENDED HEALTH CARE

| PATIENT NAME (Last, First) | DOC NUMBER | FACILITY |
|---|---|---|
| Conner, Eric | 420475 | WSPF |

**Section One** - Notice To Patients of Potential Consequences of Refusing Recommended Health Care.

You may have a medical condition that cannot be properly diagnosed and/or treated without the recommended examination/screening, test, treatment, procedure or medication. If the medical condition is not diagnosed and/or treated, your health may deteriorate possibly resulting in irreparable harm or death.

**Section Two** - Patient: check all boxes which apply and explain what health care is being refused.

☐ Refuse to permit a health provider to conduct a recommended medical examination/screening.

☐ Refuse to permit a specimen be obtained. Describe: _____

☒ Refuse to undergo a test/treatment/procedure. Describe: foot soak, lotion

☐ Refuse to take the prescribed medication(s) listed on the lines below.

_____

_____

**Section Three** – Patient: describe your reason(s) for refusing recommended health care

_____

_____

**Section Four:** Statement and signature by patient.

- I am making the decision to refuse recommended health care voluntarily.
- I understand that I do not give up my rights to receive health care to which I consent.
- The known consequences of refusing the above recommended health care have been explained to me.
- I understand that emergency care may be provided as necessary to sustain my life.

| PATIENT SIGNATURE | DATE SIGNED |
|---|---|
| | |
| WITNESS SIGNATURE _L. T. ____ | DATE SIGNED 4/3/17 |
| WITNESS SIGNATURE _J. Edl, RN_ | DATE SIGNED 4-3-17 |

DISTRIBUTION: Original - Medical Chart, Consents/Refusals or Dental Record, Consents/Authorizations Section

**EXHIBIT 1000 - 24**

## HEALTH SERVICE REQUEST
## AND COPAYMENT DISBURSEMENT AUTHORIZATION

### ☞ NOTIFY ANY FACILITY STAFF IF YOUR HEALTH CARE NEED IS AN EMERGENCY ⇦

| PRINT LAST NAME | PRINT FIRST NAME | DOC NUMBER |
|---|---|---|
| Conner | Eric | 420475 |

| FACILITY NAME | HOUSING UNIT | TODAY'S DATE |
|---|---|---|
| WSPF | Alpha OB's 402 | 4-6-17 |

**COPAYMENT DISBURSEMENT REQUEST SECTION**

**AGREEMENT BY PATIENT·**

I understand the following
- The Department of Corrections shall charge a copayment of $7 50 for a visit (face to face contact) initiated by a patient when a copayment is required
- I will not be denied care if I am unable to pay the copayment
- By signing below, I am initiating a request for disbursement of my funds for the copayment at the time of the visit when a copayment is required
- Failure to sign below will NOT prevent the copayment from being withdrawn from my account following a visit when a copayment is required.

PATIENT SIGNATURE

▶ CO [signature]    Inmate Conner in Observation

| TO BE COMPLETED BY HSU ONLY |
|---|
| ☐ MEDICAL (Nurse, Doctor/NP/PA)   ☐ DENTAL   ☐ OPTICAL |
| Charge Copayment· ☐ Yes ☐ No |

| AUTHORIZED STAFF SIGNATURE | DATE OF SERVICE |
|---|---|
|  |  |

### TO BE COMPLETED BY INMATE PATIENT - HEALTH SERVICE REQUEST SECTION

Be sure to include today's date on top of form. Check the appropriate box below, and explain your request on the lines provided  Place all 4 pages of the completed form in the sick call box  The HSU will send a copy back to you indicating that your request has been received

☐ HEALTH SERVICES   ☐ HEALTH CARE RECORD REVIEW   ☐ COPIES FROM HEALTH CARE RECORD (List records below)
☐ PSYCHIATRIST   ☐ INFORMATION
☑ OTHER:   To HSU Manager and Provider

**Please provide a brief description below of the services you desire so that HSU can respond to your request appropriately.**

| | DATE RECEIVED: TO BE STAMPED BY HSU |
|---|---|
| I was denied medical treatment for my skin between 3-3-17 to 4-3-17. Between this time, I suffered dry and itchy skin and was unable to shower because I was denied medical skin lotion. I complain to you, the provider and various WSPF nurses without remedy. | APR 7 2017 |

**FOLD THE BOTTOM OF THE FORM UP TO THE DOTTED LINE SO THAT INFORMATION REMAINS CONFIDENTIAL.**

### PATIENT: DO NOT WRITE BELOW THIS LINE  –  TO BE COMPLETED BY HSU ONLY

**HSU RESPONSE** Check appropriate box below  Add written comments / information as needed.

☐ Nursing Sick Call.  ☐ Today  ☐ Date (if not today):

☑ Scheduled to be seen in HSU  ☒ ACP  ☐ RN/LPN  ☐ Special Needs Evaluation  ☐ Optical  ☐ Other.

☐ Refer HSR to:  ☐ ACP  ☐ HSU Manager  ☐ Psychiatrist  ☐ MPAA  ☐ Optical  ☐ Other.

☐ Refer for copies only·     ☐ Refer for Health Care Record review appointment

☐ Educational material attached (Specify)·     ☐ Other

COMMENT / INFORMATION

You are scheduled to see the ACP for this issue

| PRINT STAFF NAME | DATE OF HSU RESPONSE |
|---|---|
| N. Bethel RN | 4/7/17 |

**ORIGINAL - PATIENT REQUEST FOLDER**

**EXHIBIT 1000 - 25**